**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Healthy Spot Operating LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-2356711** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1831 W. 208th St.** **Torrance, CA 90501** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Healthy Spot Operating LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor    **Healthy Spot Operating LLC**                                Case number (*if known*) _____
         Name

| List all cases. If more than 1, attach a separate list | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

██   **Statistical and administrative information**

**13. Debtor's estimation of available funds**     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Healthy Spot Operating LLC**                              Case number *(if known)* _____
        Name

---

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 10, 2024**
             MM / DD / YYYY

X _____                    **Mark Boonnark**
Signature of authorized representative of debtor     Printed name

Title  **CEO**

**18. Signature of attorney**

X _____                    Date **December 10, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**David L. Neale 141225**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**      Email address  **dln@lnbyg.com**

**141225 CA**
Bar number and State

# UNANIMOUS WRITTEN CONSENT AND RESOLUTION OF THE BOARD OF MANAGERS AUTHORIZING CHAPTER 11 BANKRUPTCY FILING BY HEALTHY SPOT OPERATING LLC

A meeting of undersigned board of managers (the "Board") of HealthY Spot OPERATING LLC, a Delaware limited liability company (the "Company"), was held on or about December 10, 2024.  The Board, hereby adopts the following resolutions and directs that this unanimous written consent and resolutions be filed with the minutes of the Board.  The following resolutions are duly enacted, and the same remain in full force and effect, without modification, unless and until a further resolution to the contrary is adopted:

> RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California on December 10, 2024, or the first possible date thereafter as determined by the Designated Officer (as defined below) upon the advice of counsel;

> FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") shall be retained as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case.  The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYG as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that Mark Boonnark, or his designee, shall serve as the Designated Officer for the Company during the pendency of its Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that as the Designated Officer, Mark Boonnark is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;

name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case that he deems appropriate for the Company.

**FURTHER RESOLVED** that any and all lawful acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions and done in the name of and on behalf of the Company, which would have been approved by the foregoing resolutions if these resolutions had been adopted before such acts were taken, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance;

**FURTHER RESOLVED** that, in addition to the foregoing specific authorizations conferred upon the Designated Officer, the Designated Officer is hereby authorized, with power of delegation, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay any and all such expenses, including but not limited to filing fees, as shall be deemed necessary, advisable, or desirable (in each case, in such Designated Officer's reasonable discretion) in order to carry out the full intent and accomplish the purposes of the resolutions adopted herein; and

**FURTHER RESOLVED** that each member of the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of such Company, or hereby waives any right to have received such notice.

Dated:  December 10th, 2024

HEALTHY SPOT OPERATING LLC

By:_____
      Mark Boonnark
      Its:  Chief Executive Officer

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Healthy Spot Operating LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **8525 Santa Monica Blvd LLC 710 North Oakhurst Drive Beverly Hills, CA 90210** | | | | | | **$92,412.42** |
| **Century City Mall, LLC 7950 Collection Center DR. Chicago, IL 60693** | | | | | | **$94,922.57** |
| **Cintas Corporation P.O. BOX 639990 CINCINNATI, OH 45263-9990** | | | | | | **$64,350.87** |
| **Clearmind Technology, Inc. 3303 Wilshire Blvd Suite 1225 Los Angeles, CA 90010** | | | | | | **$78,819.86** |
| **ECS Janitorial Services, Inc. 901 East 65th Street Inglewood, CA 90302** | | | | | | **$42,716.00** |
| **Essex Portfolio, L.P. MB360 Retail PO BOX 209441 Austin, TX 78720-9281** | | | | | | **$49,635.82** |
| **Ivy Station Residential LLC 11777 San Vicente Boulevard Suite 900 Los Angeles, CA 90049** | | | | | | **$89,676.40** |

Debtor **Healthy Spot Operating LLC**

Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kaiser Permanente New York, NY 10001** | | | | | | $71,924.24 |
| **Mamo LBMP Investors I LLC PO BOX 209427 Austin, TX 78720-9281** | | | | | | $65,016.94 |
| **Michael Quagletti Trust 2300 Greenfield Avenue Los Angeles, CA 90064** | | | | | | $42,225.54 |
| **Newco 9060 Rochester Avenue Rancho Cucamonga, CA 91730** | | | | | | $1,173,502.06 |
| **Perkins Coi LLP 1201 3rd Ave Suite 4900 Seattle, WA 98101** | | | | | | $42,469.00 |
| **Pet Food Experts 175 Main Street Pawtucket, RI 02860** | | | | | | $52,077.23 |
| **Primal Pet Foods 801 Chadbourne Rd. Ste 103. Fairfield, CA 94534** | | | | | | $62,520.48 |
| **Radbert Chin & Diana Chin C/O Manco Abbott Inc P.O. Box 9440 Fresno, CA 93792-9440** | | | | | | $40,086.10 |
| **Runway Owner LLC 12775 Millennium Drive Suite 165 Los Angeles, CA 90094** | | | | | | $125,440.53 |
| **Sepulveda Blvd. Properties, LLC 225 S Sepulveda Blvd ATTN: Holly Miyagawa Manhattan Beach, CA 90266** | | | | | | $54,856.04 |

Debtor    **Healthy Spot Operating LLC**                                      Case number *(if known)* _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Silver Ridge Plaza 16541 Gothard Street STE 112 Huntington Beach, CA 92647-9013** | | | | | | **$45,719.94** |
| **Village at Westfield Topanga 211 North Stadium Boulevard Suite 201 Columbia, MO 65203** | | | | | | **$78,050.94** |
| **Ziwipeak 10985 Cody Street Suite 110 Overland Park, KS 66210** | | | | | | **$140,668.66** |

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**David L. Neale 141225**
**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
**(310) 229-1234**
California State Bar Number: **141225 CA**
**dln@lnbyg.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Healthy Spot Operating LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __14__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __December 10, 2024__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Healthy Spot Operating LLC
1831 W. 208th St.
Torrance, CA 90501


David L. Neale
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


1000 Grand Ave Holdings LLC
ATTN: Property manager
1000 S. Grand Avenue
Los Angeles, CA 90015


1208 Primal Pet Foods
801 Chadbourne Rd. Ste 103.
Fairfield, CA 94534


1211 Pure Dog Food
5741 Buckingham Pkwy. Unit D
Culver City, CA 90230


1214 Raw Advantage Processing
12264 Silver Falls Hwy SE
12264 Silver Falls HWY SE
Aumsville, OR 97325


1271 The Foggy Dog
3360 20th Street
Suite A
San Francisco, CA 94110


1330 Ziwipeak
10985 Cody Street
Suite 110
Overland Park, KS 66210

1448 Karma Cat Inc
6565 Spring Brook Ave
Suite 8
Rhinebeck, NY 12572


1479 Evermore Pet Food, Inc
5055 New York 213
Olivebridge, NY 12461


18 The Honest Kitchen
PO Box 741434
Los Angeles, CA 90074-1434


188915 Allen C. Dennis
Allen C. Dennis
9811
Chatsworth, CA 91311


189017 K9 Grillz
Chris Thomas
13900 Marquesas Way #4410
Marina del Rey, CA 90292


189056 Clearmind Technology, Inc.
3303 Wilshire Blvd
Suite 1225
Los Angeles, CA 90010


189276 Moment Screen Printing
Moment
2918 Denby Ave.
Los Angeles, CA 90039


189286 Monolith
1235 North Ogden Drive
#1
West Hollywood, CA 90046

189312 MSQ, LLC
MSQ, LLC
Sepulveda Blvd
Los Angeles, CA 91411


189347 Mamo LBMP Investors I LLC
Mamo LBMP Investors I LLC
PO BOX 209427
Austin, TX 78720-9281


189506 The Rescue Train
The Rescue Train
13027 Victory Blvd.
#522
North Hollywood, CA 91606


189613 American City Pest & Termite
614 W. 184th Street
Gardena, CA 90248


189802 Village at Westfield Topanga
211 North Stadium Boulevard
Suite 201
Columbia, MO 65203


189806 Fortis LLP
611 Anton Blvd Suite 1050
Costa Mesa, CA 92626


189815 Koenig Family Properties
35363 Hwy AA
Lebanon, MO 65536


189872 Kaiser Permanente
Kaiser Permanente
New York, NY 10001

189904 Giammarco & Associates, Inc
15 PO BOX
Woodland Hills, CA 91365


189943 8126 Beverly Properties, LLC
2834 W Imperial Highway
2834 W Imperial Highway
Inglewood, CA 90303


189957 Silver Ridge Plaza
16541 Gothard Street
STE 112
Huntington Beach, CA 92647-9013


189989 Bel Air Internet, LLC
15301 Ventura Blvd. Bldg. D
Suite 250
Sherman Oaks, CA 91403


189999 Prime Refrigeration Systems, Inc*
5860 Central Ave, Unit 110
Riverside, CA 92504


190011 East of June, LLC
Stafford Commercial Real Estate
8900 Melrose Ave., Suite 201
West Hollywood, CA 90069


190034 Grandma Lucy's
30432 Esperanza
Rancho Santa Margarita, CA 92688


190059 Michael Arizola
2443 Fillmore St 380-7349
San Francisco, CA 94115

190130 Runway Owner LLC
12775 Millennium Drive
Suite 165
Los Angeles, CA 90094


190155 Red Security Group LLC
2213 Artesia Boulevard
Redondo Beach, CA 90278


190171 Essex Portfolio, L.P.
MB360 Retail
PO BOX 209441
Austin, TX 78720-9281


190188 Century City Mall, LLC
7950 Collection Center DR.
Chicago, IL 60693


190206 614 E COL Properties LLC
2834 West Imperial Highway
Inglewood, CA 90303


190240 Sage Law Partners
9696 Culver Boulevard
Suite 301
Culver City, CA 90232


190267 Sarah DeRemer
508 N Normandie ave
#3
Los Angeles, CA 90004


190437 Celigo, Inc.
P.O. Box 735755
Chicago, IL 60673-5755

190444 SPS Commerce, Inc.
PO Box 205782
Dallas, TX 75320-5782


190447 Walnut Square Center LP
468 Green Street
San Francisco, CA 94133


190473 Cintas Corporation
P.O. BOX 639990
CINCINNATI, OH 45263-9990


190525 KB Properties
PO Box 2248
Mill Valley, CA 94942


190533 Eva Tambito Espinoza
2680 Macarthur Avenue
San Pablo, CA 94806


190537 Diggs, Inc
1701 Landmark Road
San Diego, CA 92154


190591 Umland LLC
2213 County Road 355 North
Carlock, IL 61725


190629 ECS Janitorial Services, Inc.
901 East 65th Street
Inglewood, CA 90302

190646 Ziply Network Inc.
1017 N La Cienega
Unit 200
Los Angeles, CA 91316


190667 RetailNext*
60 South Market Street, 10th Floor
San Jose, CA 95113


251447 Berkeley Humane
2700 Ninth Street
Berkeley, CA 94710


251455 Muttville Senior Dog Rescue
750 Florida Street
San Francisco, CA 94110


251485 Rocket Dog Rescue
3561 Foothill Blvd
Oakland, CA 94601
San Francisco, CA 94146


251498 Odecloud Inc.
2291 Stockton Street
4361
San Francisco, CA 94133


251530 Los Angeles LGBT Center
1118 North McCadden Place
Los Angeles, CA 90038


251554 Michael Quagletti Trust
2300 Greenfield Avenue
Los Angeles, CA 90064

251564 8525 Santa Monica Boulevard LLC
710 North Oakhurst Drive
Beverly Hills, CA 90210


251578 Force 10 Partners
5271 California Avenue Suite 270
Irvine, CA 92617


251579 Oracle America, Inc. (Crowdtwist)
Oracle America, Inc.
P.O. Box 203448
Dallas, TX 75320-3448


251603 Fdm Business Development
PO Box 744886
Atlanta, GA 30374-4886


251657 Project Hive
2400 Cedar Shore Drive
Minneapolis, MN 55416


251661 Sepulveda Blvd. Properties, LLC
225 S Sepulveda Blvd
ATTN: Holly Miyagawa
Manhattan Beach, CA 90266


251667 Roadogs & Rescue
25131 Narbonne Ave 489
Lomita, CA 90717


251671 Phillips Pet Food Supplies
3747 Hecktown Road
Easton, PA 18045

251676 Radbert Chin & Diana Chin
C/O Manco Abbott Inc
P.O. Box 9440
Fresno, CA 93792-9440


251679 Groomers Friend LLC
8502 East Chapman Avenue
Suite 358
Orange, CA 92869


251727 Joe Johnson
14414 U.S. Highway 87 West
Ste. 3C #318
La Vernia, TX 78121


251798 Ivy Station Residential LLC
11777 San Vicente Boulevard
Suite 900
Los Angeles, CA 90049


251828 CSC CSC
CSC P.O. Box 7410023
Chicago, IL 60674-5023


251831 Margarita R.D Cleaning
5200 Coe Avenue
Apt 2012
Seaside, CA 93955


251856 Dandylion
375 Princess Ave
Toronto, ON M2N 3S7, OH 09876


251877 Paws of L.A. Rescue
C. Rodriguez, Exec. Director
4500 Via Marina, #110
Marina del Rey, CA 90292

251884 Pidan
16192 Coastal Highway
Lewes, DE 19958


251885 Mor Air Inc
11661 Saticoy St
North Hollywood, CA 91605


251888 Doordash G&C LLC
303 2ND STREET SOUTH TOWER 800
SAN FRANCISCO, CA 94107


251896 Peace of Mind Dog Rescue
615 Forest Avenue
Pacific Grove, CA 93950


251905 Digital Marketing Consulting Grou
57 Chandler Street
Unit A
Boston, MA 02116


251927 Site Reach Inc.
1916 Pike Place
Ste 12 #1345
Seattle, WA 98101


251931 Accutancy Solutions LLC
8 The Green
Ste. R
Dover, DE 19901


251942 Perkins Coi LLP
1201 3rd Ave
Suite 4900
Seattle, WA 98101

251969 Firstlight Foods USA Inc.
5042 Wilshire Boulevard
Los Angeles, CA 90036


251972 I Stand With My Pack
10736 Jefferson Boulevard
#273
Culver City, CA 90232


251974 Independent Pet Supply
10646 Bloomfield Avenue
Santa Fe Springs, CA 90670


251992 A Purposeful Rescue
1122 Carmona Avenue
Los Angeles, CA 90019


251996 Lambwolf Collective
20 Jay Street
Room 500
Brooklyn, NY 11201


252003 Pacific Western Container
4044 West Garry Avenue
Santa Ana, CA 92704


252012 Cushman & Wakefield U.S., Inc.
900 Wilshire Blvd.
Los Angeles, CA 90017


252013 Simon Maas
1880 Lucile Avenue
Los Angeles, CA 90026

252014 Serena Taylor
3404 Pine Avenue
Manhattan Beach, CA 90266


252015 Alexander Nagy
12424 Wagner Street
Los Angeles, CA 90066


ACH Capital West, LLC
8791 South Redwood Road Suite 200
West Jordan, UT 84088


American Commercial Equities Three, LLC
American Commercial Equities Three
TIN #03-0590579
22917 Pacific Coast Hwy, Ste. 300
Malibu, CA 90265


Animal Supply Company
PO Box 201016
Dallas, TX 75320-1016


Artvark Pet Products
15071 Keswick Street
Van Nuys, CA 91405


BNG Miracle Pet LLC
2425 W. Dorothy Lane
Dayton, OH 45439


Forte Animal Rescue
Forte Animal Rescue
PO Box 10085
Marina del Rey, CA 90295

Greg Garfield
18653 Ventura Boulevard
#368
Los Angeles, CA 91356


Insta Funding LLC
2999 NE 191st St, #500
Miami, FL 33180


Jax & Bones
345 Cloverleaf Dr
Suite A
Baldwin, CA 91706


Kaitlin MacDonald
3925 Freshwind Circle
Westlake Village, CA 91361


Karla Kihn
410 Hauser Boulevard
7J
Los Angeles, CA 90036


Maplebear Inc
PO BOX 103272
Pasadena, CA 91189


Natural Dog Company
4444 South Boulevard
Charlotte, NC 28209


Newco
9060 Rochester Avenue
Rancho Cucamonga, CA 91730

NorCal Sled Dog Rescue
P.O. Box 30877
Walnut Creek, CA 94598


Pet Food Experts
175 Main Street
Pawtucket, RI 02860


Petipet
1332 N Halsted St
Suite 405
Chicago, IL 60642


Prime Graphix Inc.
Prime Graphix Inc.
4818 Hallowell Ave.
Temple City, CA 91780


TSYS Merchant Solutions, LLC
dba Global Payments
MERCHANT PROCESSING CENTER
2675 WEST 600 NORTH
Lindon, UT 84042


TVT SPVL.com
2999 NE 191st St, #500
Miami, FL 33180


Valerga LLP
395 S. Main Street #201
c/o Brody Valerga
Alpine, UT 84004


Yosemite Protein Products Inc.
47 Sequoia Glen Lane
Novato, CA 94947