**Fill in this information to identify the case:**

Debtor name **Healthy Spot Operating LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:24-bk-20065-DS**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **9,014,417.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **9,014,417.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **2,932,771.07** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **313,000.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **4,761,135.14** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **8,006,906.21** |

**Fill in this information to identify the case:**

Debtor name **Healthy Spot Operating LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:24-bk-20065-DS**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **See attached** | | | **$0.00** |
| 3.2. | **US Bank** | | **1457** | **$763.00** |
| 3.3. | **Chase** | | **5314** | **$66.00** |
| 3.4. | **US Bank ($61,672.00)** | | **1234** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

4.1. **Cash Held at Merchant Accounts** **$721,567.00**

5. **Total of Part 1.** **$722,396.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

3.1 Checking, savings, money market, or financial brokerage accounts

| U.S. BANK | | | |
|---|---|---|---|
| **Store #** | **Store Location** | **Last for Digits of Account #** | **Notes** |
| N/A | N/A | XXXX1457 | General Account - Checking |
| N/A | N/A | XXXX8042 | General Account - Money Market |
| 11801 | Santa Monica | XXXX1549 | Store Account |
| 11802 | West Hollywood | XXXX1531 | Store Account |
| 11803 | Marina Del Rey | XXXX1523 | Store Account |
| 11804 | Costa Mesa | XXXX1515 | Store Account |
| 11805 | Long Beach | XXXX1507 | Store Account |
| 11806 | Studio City | XXXX1499 | Store Account |
| 11807 | Topanga | XXXX1481 | Store Account |
| 11808 | Manhattan Beach | XXXX1473 | Store Account |
| 11809 | Silverlake | XXXX1465 | Store Account |
| 11810 | DTLA | XXXX1333 | Store Account |
| 11811 | Beverly Grove | XXXX1325 | Store Account |
| 11812 | Hancock Park | XXXX1317 | Store Account |
| 11813 | Playa Vista | XXXX1309 | Store Account |
| 11814 | Century City | XXXX1291 | Store Account |
| 11815 | Mission Bay | XXXX1283 | Store Account |
| 11816 | Pasadena | XXXX1275 | Store Account |
| 11817 | North Berkeley | XXXX1267 | Store Account |
| 11818 | Rockridge | XXXX1259 | Store Account |
| 11819 | Carmel | XXXX1242 | Store Account |
| 11820 | Hollywood | XXXX1234 | Store Account - Currently being used as main sweep account for all other stores. |
| 11821 | Culver City | XXXX1226 | Store Account |
| 11822 | Online Store | XXXX1218 | Store Account |
| N/A | N/A | XXXX1556 | Payroll |
| JPMORGAN CHASE | | | |
| **Store #** | **Store Location** | **Last for Digits of Account #** | **Notes** |
| N/A | N/A | XXXX5314 | Checking |
| N/A | N/A | XXXX6671 | Checking |
| N/A | N/A | XXXX1083 | Checking |
| N/A | N/A | XXXX7252 | Checking |
| N/A | N/A | XXXX2239 | Checking |

4.1 Cash Held at Merchant Accounts $ 721,567

Petition Date 12/10/2024

All Locations | All Staff | 12/2/2024 to 12/8/2024

Update

| | DATE | DEPOSIT DATE | TICKET # | CLIENT | CASH | CHECK | CREDIT CARD |
|---|---|---|---|---|---|---|---|
| | 12/8/24 | - | 1302 | 1009 | $702.48 | - | $95,666.12 |
| | 12/7/24 | - | 1493 | 1199 | $819.62 | - | $114,571.00 |
| | 12/6/24 | - | 1386 | 1186 | $778.62 | - | $115,497.44 |
| | 12/5/24 | - | 1235 | 1070 | $1,493.61 | - | $97,701.50 |
| | 12/4/24 | - | 1214 | 1096 | $967.94 | - | $107,410.91 |
| | 12/3/24 | - | 1158 | 1070 | $1,231.83 | - | $99,047.06 |
| | 12/2/24 | - | 1157 | 1024 | $1,089.43 | - | $91,672.90 |
| | TOTAL | | 8,923 | 6737 | $6,883.53 | - | $721,566.93 |

Debtor **Healthy Spot Operating LLC** Case number *(If known)* **2:24-bk-20065-DS**
Name

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **See attached** **$574,810.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **See attached** **$75,516.00**

9. **Total of Part 2.** **$650,326.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **177,810.00** | - | **0.00** | = .... | **$177,810.00** |
| 11b. Over 90 days old: | **149,037.00** | - | **0.00** | =.... | **$149,037.00** |

12. **Total of Part 3.** **$326,847.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

7.1 Deposits, including security deposits and utility deposits

| Location | | Deposit |
|---|---|---|
| Santa Monica | Facility Lease Deposit | 65,587 |
| West Hollywood | Facility Lease Deposit | 39,478 |
| Marina Del Rey | Facility Lease Deposit | 26,000 |
| Costa Mesa | Facility Lease Deposit | 7,425 |
| Long Beach | Facility Lease Deposit | 10,584 |
| Studio City | Facility Lease Deposit | 18,000 |
| Topanga | Facility Lease Deposit | 17,000 |
| Manhattan Beach | Facility Lease Deposit | 12,600 |
| Olympic Ave (DTLA) | Facility Lease Deposit | 45,633 |
| Beverly Blvd | Facility Lease Deposit | 78,125 |
| Melrose Lease | Facility Lease Deposit | 32,000 |
| Playa Vista | Facility Lease Deposit | 16,921 |
| Mission Bay Deposit | Facility Lease Deposit | 36,623 |
| Pasadena | Facility Lease Deposit | 11,506 |
| Hollywood - El Centro | Facility Lease Deposit | 15,924 |
| Culver City | Facility Lease Deposit | 16,190 |
| Torrance Warehouse | Facility Lease Deposit | 115,593 |
| IPD (new coworking space for HQ) | Facility Lease Deposit | 9,620 |
| | | 574,810 |

Part 2
8.1 Description, including name of holder of prepayment

| | | |
|---|---|---|
| Grooming Supplies | 27,216 | Supplies |
| Shook Kelley | 5,000 | Architect |
| Ryther Law Group | 5,000 | General Legal |
| Force 10 Partners | 35,000 | Financial Consulting |
| Sarah DeRemer | 3,300 | Marketing |
| | 75,516 | |

Debtor **Healthy Spot Operating LLC** Case number *(If known)* **2:24-bk-20065-DS**
Name

20. **Work in progress**

21. **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| **Finished goods and goods held for resale** | **2022** | **$1,868,551.00** | **Recent cost** | **$3,114,252.00** |

22. **Other inventory or supplies**

23. **Total of Part 5.** **$3,114,252.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value **150,000.00** Valuation method **Cost** Current Value **250,000.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture** | **$692,589.00** | **Recent cost** | **$692,589.00** |
| 40. | **Office fixtures**<br>**Office Fixtures** | **$3,202,381.00** | **Recent cost** | **$3,202,381.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Equipment, Grooming Tools and Software** | **$297,339.00** | **Recent cost** | **$297,339.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$4,192,309.00**
Add lines 39 through 42. Copy the total to line 86.

Debtor **Healthy Spot Operating LLC** Case number *(If known)* **2:24-bk-20065-DS**
Name

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Nissan NV Cargo Van** | **$8,287.00** | **Recent cost** | **$8,287.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$8,287.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Debtor **Healthy Spot Operating LLC** Case number *(If known)* **2:24-bk-20065-DS**
Name

55.1.

| | | | | |
|---|---|---|---|---|
| **See attached** | **Leasehold** | **$0.00** | | **$0.00** |

56. **Total of Part 9.** **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Copyrights and Trademarks - see attached** | **$0.00** | **Recent cost** | **$0.00** |

61. **Internet domain names and websites**

Part 9

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Address | Street | City | State | Zip | Nature and extent of debtors interest in property | NBV | Valuation | Current Value |
|---|---|---|---|---|---|---|---|---|
| 614 E. Col Properties | 2834 W. Imperial Hwy | Inglewood | CA | 90303 | Pasadena Store Lease | 0 | NA | 0 |
| 8126 Beverly Properties LLC, Arash Danialifar | 2834 W. Imperial Hwy | Inglewood | CA | 90303 | Beverly Grove Store Lease | 0 | NA | 0 |
| 8525 Santa Monica Blvd LLC | 710 N. Oakhurst Drive | Beverly Hills | CA | 90210 | West Hollywood Store Lease | 0 | NA | 0 |
| Allen C. Dennis Trustee | 5500 Rhodes Avenue | Valley Village | CA | 91607 | Studio City Store Lease | 0 | NA | 0 |
| American Commercial Equities Three | 22917 Pacific Coast HWY. St.300 | Malibu | CA | 90265 | Cost Mesa Store Lease | 0 | NA | 0 |
| Century City Mall LLC - Westfield | 2049 Century Park East 41st Floor | Los Angeles | CA | 90067 | Century City Store Lease | 0 | NA | 0 |
| East of June LLC | 8900 Melrose Ave Suite 201 | West Hollywood | CA | 90069 | Hancock Park Store Lease | 0 | NA | 0 |
| Essex Portfolio L.P. | 1100 Park Place Suite 200 | San Mateo | CA | 94403 | Mission Bay Store Lease | 0 | NA | 0 |
| Industrious LS Hughes District LLC | 6600 Center Drive 10th Floor | Los Angeles | CA | 90045 | Coworking Office Lease | 0 | NA | 0 |
| Ivy Station Residential LLC | 11777 San Vicente Blvd Suite 900 | Los Angeles | CA | 90049 | Culver City Store Lease | 0 | NA | 0 |
| KB Properties | PO Box 2248 | Mill Valley | CA | 94942 | Rockridge Store Lease | 0 | NA | 0 |
| Koenig Family Properties LLC | P.O Box 8482 | Santa Cruz | CA | 95061 | Santa Monica Store Lease | 0 | NA | 0 |
| Mamo LBMP Investors I LLC | PO Box 209427 | Austin | TX | 78720 | Long Beach Store Lease | 0 | NA | 0 |
| Michael Quagletti Trust | 2300 Garfield Avenue | Los Angeles | CA | 90064 | Warehouse Lease | 0 | NA | 0 |
| MSQ LLC | 13160 Mindanao Way | Marina del Rey | CA | 90292 | Marina del Rey Store Lease | 0 | NA | 0 |
| One Thousand Grand Avenue Holdings, LLC. Hanover Grand LLC | 450 West Olympic | Los Angeles | CA | 90015 | Downtown LA Store Lease | 0 | NA | 0 |
| Radbert and Diana Chin | P.O. Box 9440 | Fresno | CA | 93792-9440 | Carmel Store Lease | 0 | NA | 0 |
| Runway Owners LLC | 12775 W Millenium Suite 165 | Playa Vista | CA | 90094 | Playa Vista Store Lease | 0 | NA | 0 |
| Sepulveda BLVD Properties LLC - Skechers | 225 S Sepulveda Blvd | Manhattan Beach | CA | 90266 | Manhattan Beach Store Lease | 0 | NA | 0 |
| Silver Ridge Plaza | 2760 E. Spring St, Suite 200 | Long Beach | CA | 90806 | Silverlake Store Lease | 0 | NA | 0 |
| Walnut Square Center LP | 468 Green St. | San Francisco | CA | 94133 | North Berkeley Store Lease | 0 | NA | 0 |
| West Valley Owner LLC | 2049 Century Park East 41st Floor | Los Angeles | CA | 90067 | Topanga Store Lease | 0 | NA | 0 |

Pat 10
60. Patents, copyrights, trademarks, and trade secrets

| Atty Docket No. | Serial No. | Reg. No. | Mark |
|---|---|---|---|
| | Filed: April 12, 2013 | Reg. Date: July 8, 2014 | For IC 035, 041, 043, 044 |
| 1450-003.701 | 85/903,365 | 4,436,470 | For IC 035 |
| | Filed: April 12, 2013 | Reg. Date: Nov. 19, 2013 | |
| 1450-004.701 | 85/903,355 | 4,436,468Reg. Date: Nov. 19, 2013 | For IC 035 |
| | Filed: April 12, 2013 | | |
| 1450-008.701 | 85/316,861 | 4,148,953 | HEALTHY SPOT |
| | Filed: May 10, 2011 | Reg. Date: May 29, 2012 | for IC 035, 041, 043, and 044 |
| 1450-010.701 | 87/221,147 | 5,851,967 | MIND, BODY & BOWL |
| | Filed: Oct. 31, 2016 | Reg. Date: Sept. 03, 2019 | for IC 041 and 044 |
| 1450-011.701 | 87/431,751 | 5,686,787 | HEALTHY SPOT |
| | Filed: May 01, 2017 | Reg. Date: Feb. 26, 2019 | for IC 003, 016, and 031 |
| 1450-015.701 | 88/338,277 | 5,862,467 | MIND BODY BOWL |
| | Filed: March 13, 2019 | Reg. Date: Sept. 17, 2019 | for IC 031 |
| 1450-016.701 | 88/338,379 | 6,234,441 | MIND BODY BOWL |
| | Filed: March 13, 2019 | Reg. Date: Dec. 29, 2020 | for IC 003, 016, 020, 021, and 028 |
| 1450-018.701 | 97/020,067 | 6,865,148 | CHOMPIES |
| | Filed: Sept. 9, 2021 | Reg. Date: Oct. 4, 2022 | for IC 031 |

Debtor **Healthy Spot Operating LLC** Case number *(If known)* **2:24-bk-20065-DS**
Name

| | | | |
|---|---|---|---|
| **HEALTHYSPOTSTYLINGACADEMY.COMFull Domain Privacy & Protection HEALTHYSPOTSTYLING.COMFull Domain Privacy & Protection HEALTHYSPOTUNIVERSITY.COMNo Protection HEALTHYSPOTGROOMING.COMNo Protection HEALTHYSPOTACADEMY.COMNo Protection HEALTHYSPOTGROOMINGACADEMY.COMNo Protection HEALTHYSPOT.CONo Protection HEALTHYSPOT.CCNo Protection HEALTHYSPOTSTORE.COMNo Protection HEALTHYSPOTSHOP.COMNo Protection HEALTHYSPOTLA.COMNo Protection HEALTHYSPOTONLINE.COMNo Protection HEALTHYSPOTONLINE.NETNo Protection HEALTHYSPOTONLINE.BIZNo Protection HEALTHYSPOTONLINE.ORGNo Protection HEALTHYSPOT.ORGNo Protection HEALTHYSPOT.MOBINo Protection HEALTHYSPOTONLINE.INFONo Protection HEALTHYSPOT.INFONo Protection HEALTHYSPOTONLINE.TVNo Protection HEALTHYSPOT.JPNo Protection HEALTHYSPOT.COMNo Protection HEALTHYSPOT.USNo Protection healthyspot.kr HEALTHYSPOT.CNNo Protection holistichoundberkeley.comNo Protection SPOTONCAT.COMNo Protection SPOTONPET.COMNo Protection LIVESPOTON.COMNo Protection MINDBODYANDBOWL.COMFull Domain Privacy & Protection mindbodybowl.comNo Protection Standard SSLwww.healthyspot.com OURDOGSPOT.COMFull Domain Privacy & Protection thehealthyspot.comNo Protection** | **$0.00** | | **$0.00** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

| | | | |
|---|---|---|---|
| **Other Intangibles** | **$25,000.00** | | **$0.00** |

65. **Goodwill**

| | | | |
|---|---|---|---|
| **Goodwill** | **$572,570.00** | | **$0.00** |

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Healthy Spot Operating LLC** Case number *(If known)* **2:24-bk-20065-DS**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$722,396.00** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$650,326.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$326,847.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$3,114,252.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$4,192,309.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$8,287.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$9,014,417.00** | + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$9,014,417.00**

**Fill in this information to identify the case:**

Debtor name **Healthy Spot Operating LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:24-bk-20065-DS**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 ACH Capital West, LLC**
Creditor's Name
**8791 South Redwood Road**
**Suite 200**
**West Jordan, UT 84088**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**personal property described in the loan documents**

**Describe the lien**
**personal property lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

Column A: **$1,231,902.55**
Column B: **$0.00**

**2.2 Insta Funding LLC**
Creditor's Name
**2999 NE 191st St, #500**
**Miami, FL 33180**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**For Notice Purposes Only**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$0.00**
Column B: **$0.00**

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **TVT SPVL.com**
Creditor's Name

**2999 NE 191st St, #500**
**Miami, FL 33180**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**personal property described in the loan documents**

**Describe the lien**
**personal property lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**$1,700,868.52** **$0.00**

---

2.4 **Valerga LLP**
Creditor's Name
**395 S. Main Street #201**
**c/o Brody Valerga**
**Alpine, UT 84004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**For Notice Purposes Only**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$2,932,771.07**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Healthy Spot Operating LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:24-bk-20065-DS**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Arizona Department of Revenue**<br>**1600 W. Monroe St.**<br>**Phoenix, AZ 85007** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$61.00** | **$61.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **CA Dept of Tax & Fee Admin Bus Tax**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$152,000.00** | **$152,000.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**California Franchise Tax Board**<br>**1215 K Street**<br>**Sacramento, CA 95814** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,879.00** | **$16,879.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**EDD - CA State Disability Insurance**<br>**800 Capitol Mall**<br>**Sacramento, CA 95814** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,233.00** | **$6,233.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**EDD CA State Unemployment Insurance**<br>**800 Capitol Mall**<br>**Sacramento, CA 95814** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,424.00** | **$1,424.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**1111 Constitution Avenue NW**<br>**Washington, DC 20224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$48,054.00** | **$48,054.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

2.7 Priority creditor's name and mailing address
**IRS-Federal Unemployment Tax (FUTA)**
**1111 Constitution Avenue NW**
**Washington, DC 20224**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$251.00** **$251.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.8 Priority creditor's name and mailing address
**Medicare Employee**
**7500 Security Boulevard**
**Windsor Mill, MD 21244**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,349.00** **$8,349.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.9 Priority creditor's name and mailing address
**Medicare Employer**
**7500 Security Boulevard**
**Windsor Mill, MD 21244**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,349.00** **$8,349.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.10 Priority creditor's name and mailing address
**Social Security Employee**
**6401 Security Boulevard**
**Baltimore, MD 21235**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$35,700.00** **$35,700.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

2.11 Priority creditor's name and mailing address
**Social Security Employer**
**6401 Security Boulevard**
**Baltimore, MD 21235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$35,700.00** **$35,700.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**1000 Grand Ave Holdings LLC**
**ATTN: Property manager**
**1000 S. Grand Avenue**
**Los Angeles, CA 90015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$24,802.29**

3.2 **Nonpriority creditor's name and mailing address**
**614 E COL Properties LLC**
**2834 West Imperial Highway**
**Inglewood, CA 90303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$20,557.49**

3.3 **Nonpriority creditor's name and mailing address**
**8126 Beverly Properties, LLC**
**2834 W Imperial Highway**
**Inglewood, CA 90303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$27,500.00**

3.4 **Nonpriority creditor's name and mailing address**
**8525 Santa Monica Blvd LLC**
**710 North Oakhurst Drive**
**Beverly Hills, CA 90210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$92,412.42**

3.5 **Nonpriority creditor's name and mailing address**
**A Purposeful Rescue**
**1122 Carmona Avenue**
**Los Angeles, CA 90019**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$1,920.59**

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.6 | **Abrams, Abygael Katarina**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$184.60** |
| 3.7 | **Accutancy Solutions LLC**<br>**8 The Green**<br>**Ste. R**<br>**Dover, DE 19901**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |
| 3.8 | **Acosta-Memije, Nancy**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$310.33** |
| 3.9 | **Adams, Heather**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.10 | **Aguilar, Rebecca**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$40.04** |
| 3.11 | **Aguilar, Sophia**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$175.01** |
| 3.12 | **Agustin-Orellana, Marie Johana**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$133.18** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.13 | **Alexander Nagy**<br>**12424 Wagner Street**<br>**Los Angeles, CA 90066**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$80.19** |
| 3.14 | **Allen C. Dennis**<br>**Allen C. Dennis**<br>**9811**<br>**Chatsworth, CA 91311**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,925.04** |
| 3.15 | **Allen, Stuart Livingston**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,783.38** |
| 3.16 | **Almanza, Autumn Alexsis**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$139.51** |
| 3.17 | **Alvarado, Laura Yvette**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$66.80** |
| 3.18 | **American City Pest & Termite**<br>**614 W. 184th Street**<br>**Gardena, CA 90248**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$801.50** |
| 3.19 | **American Commercial Equities Three, LLC**<br>**American Commercial Equities Three**<br>**TIN #03-0590579**<br>**22917 Pacific Coast Hwy, Ste. 300**<br>**Malibu, CA 90265**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,600.94** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.20 | **American Express**<br>**P.O. Box 570622**<br>**Atlanta, GA 30357**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$242,083.33** |
| 3.21 | **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$241,449.94** |
| 3.22 | **Andrade, Vivian Victoria**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$101.33** |
| 3.23 | **Andreani, Amanda Rosella**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$982.84** |
| 3.24 | **Animal Supply Company**<br>**PO Box 201016**<br>**Dallas, TX 75320-1016**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,507.77** |
| 3.25 | **Aquino, Rosalba**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,433.78** |
| 3.26 | **Aranzazu, Victoria Daysi**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$390.62** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.27 **Nonpriority creditor's name and mailing address**
**Araujo, Leslie Fabiola**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,604.46**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**Archibold, Katherine Maurie**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$729.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
**Artvark Pet Products**
**15071 Keswick Street**
**Van Nuys, CA 91405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$19,771.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**Aviles, Carlos Joel**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$917.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**Bahena Coronado, Karina**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$459.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Baker-Burke, Courtney Lynn**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$8,298.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**Barahona, Jason Jefferson**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$197.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.34 | **Barbagiovanni, Deanna**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,783.65** |
| 3.35 | **Bayrakdarian, Sevag Krikor**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$186.35** |
| 3.36 | **Bejar, Fermin**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$220.53** |
| 3.37 | **Bel Air Internet, LLC**<br>**15301 Ventura Blvd. Bldg. D**<br>**Suite 250**<br>**Sherman Oaks, CA 91403**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,180.00** |
| 3.38 | **Bennett, Leslie Ann**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,115.38** |
| 3.39 | **Berkeley Humane**<br>**2700 Ninth Street**<br>**Berkeley, CA 94710**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,202.39** |
| 3.40 | **BNG Miracle Pet LLC**<br>**2425 W. Dorothy Lane**<br>**Dayton, OH 45439**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,883.78** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.41 **Nonpriority creditor's name and mailing address**
**Bomarito, Mary Ann**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**Bonilla-Maradiaga, Jennifer A**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,840.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
**Boonnark, Mark**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
**Borja, Diana Esther**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$661.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
**Braggs-Gaeta, Shanique Nicole**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$667.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
**Bremer, Chelsey Lynn**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$7,357.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.47 **Nonpriority creditor's name and mailing address**
**Brim Moreira, Deborah**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$417.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Briones, Antonio**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Bryant, Railynette Denise**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$205.17** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Burton, Serrano**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$405.25** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Cabrera, Matthew**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$640.52** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Caddo, Voenicia Marie**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,175.83** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Calderon Perez, Abigail**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5.20** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Callejas, Afec Jerardo**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$357.80** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.55 **Nonpriority creditor's name and mailing address**
**Canchola, Deni Irene**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$354.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.56 **Nonpriority creditor's name and mailing address**
**Canela-Gonzalez, Jose Roberto**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$876.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.57 **Nonpriority creditor's name and mailing address**
**Cantu, Byron Elliot**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
**Carlson, Cory Joseph Enfred**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$221.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.59 **Nonpriority creditor's name and mailing address**
**Carreno, Hernan Jesus**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$101.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.60 **Nonpriority creditor's name and mailing address**
**Carrillo, Taylor Jane**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$218.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.61 **Nonpriority creditor's name and mailing address**
**Castillo, Alejandra**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$85.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

**3.62** **Nonpriority creditor's name and mailing address**
**Castro, Julissa Nicole**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$34.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.63** **Nonpriority creditor's name and mailing address**
**Cattanese, Elia Kathleen**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$391.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**
**Cebreros-Rabadan, Estefania**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$163.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.65** **Nonpriority creditor's name and mailing address**
**Celigo, Inc.**
**P.O. Box 735755**
**Chicago, IL 60673-5755**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.66** **Nonpriority creditor's name and mailing address**
**Century City Mall, LLC**
**7950 Collection Center DR.**
**Chicago, IL 60693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$94,922.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.67** **Nonpriority creditor's name and mailing address**
**Cerritos, Jessica Michelle**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$679.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**
**Chavarria, Vanessa M Chavarria**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$173.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.69 **Nonpriority creditor's name and mailing address**
**Choi, Reva Mao**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,598.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**Cintas Corporation**
**P.O. BOX 639990**
**CINCINNATI, OH 45263-9990**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$64,350.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**Cisneros, Juan Carlos**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$739.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
**Clayton, Taylor Suzanne**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$5,701.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**Clearmind Technology, Inc.**
**3303 Wilshire Blvd**
**Suite 1225**
**Los Angeles, CA 90010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$78,819.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
**Colon, Mya Iysha**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$24.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**
**Concepcion, Dadley Elidio**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$148.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.76 **Nonpriority creditor's name and mailing address**
**Corea-Morales, Yasmin Yvette**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,531.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Cortez Gomez, Cindy**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,216.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Cos Vasquez, Diego**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$376.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**Costanza, Claire Musette**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$375.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**Cox, Joseph William**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$646.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**Crane, Sarah Anne Jennifer K**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,701.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.82 **Nonpriority creditor's name and mailing address**
**Cruz, Corey Francisco**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,408.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.83 **Nonpriority creditor's name and mailing address**
**CSC**
**P.O. Box 7410023**
**Chicago, IL 60674-5023**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,130.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
**Curimao, Christian Alexander Ikai**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$51.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**
**Cushman & Wakefield U.S., Inc.**
**900 Wilshire Blvd.**
**Los Angeles, CA 90017**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,660.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**
**Dandylion**
**375 Princess Ave**
**Toronto, ON M2N 3S7, OH 09876**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,355.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.87 **Nonpriority creditor's name and mailing address**
**Daniels, Kaleb**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$184.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.88 **Nonpriority creditor's name and mailing address**
**Davis, Ryan Steven**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,333.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.89 **Nonpriority creditor's name and mailing address**
**Delacruz, Christine Joy**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$105.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| | | | |
|---|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**DeRamus, Lucinda**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$330.21** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Deras, Marlene Beatriz**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$732.97** |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Diggs, Inc**<br>**1701 Landmark Road**<br>**San Diego, CA 92154**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,150.30** |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**Digital Mktg Consulting Group**<br>**57 Chandler Street**<br>**Unit A**<br>**Boston, MA 02116**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,562.32** |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**Dixson, Shaylen Ashley**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$144.38** |
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**Doordash G&C LLC**<br>**303 2ND STREET SOUTH TOWER 800**<br>**SAN FRANCISCO, CA 94107**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,034.75** |
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**Doyle, Haley**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$213.16** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.97 **Nonpriority creditor's name and mailing address**
**Doyle, Sadey Charlize**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$196.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.98 **Nonpriority creditor's name and mailing address**
**Dugan, Alison**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$298.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.99 **Nonpriority creditor's name and mailing address**
**Dunn, Dallas Lyn**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,246.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.100 **Nonpriority creditor's name and mailing address**
**Durbin, Jodi Kelly**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$196.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.101 **Nonpriority creditor's name and mailing address**
**East of June, LLC**
**Stafford Commercial Real Estate**
**8900 Melrose Ave., Suite 201**
**West Hollywood, CA 90069**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,111.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.102 **Nonpriority creditor's name and mailing address**
**ECS Janitorial Services, Inc.**
**901 East 65th Street**
**Inglewood, CA 90302**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$42,716.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.103 **Nonpriority creditor's name and mailing address**
**Edmunds, Shelby Lee**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$404.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.104 **Nonpriority creditor's name and mailing address**
**Elkin, Joshua Todd**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.105 **Nonpriority creditor's name and mailing address**
**Erismann, Eva-Claire N.**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$368.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.106 **Nonpriority creditor's name and mailing address**
**Ernst, Haydee Michelle**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,258.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.107 **Nonpriority creditor's name and mailing address**
**Esparza, Joseph**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,843.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.108 **Nonpriority creditor's name and mailing address**
**Espinosa, Antonia Marie**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.109 **Nonpriority creditor's name and mailing address**
**Espinosa, Patrick A**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$81.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
**Espinosa, Robert**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$128.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

**3.111** **Nonpriority creditor's name and mailing address**
**Essex Portfolio, L.P.**
**MB360 Retail**
**PO BOX 209441**
**Austin, TX 78720-9281**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,635.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.112** **Nonpriority creditor's name and mailing address**
**Estrada, Sara**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,068.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.113** **Nonpriority creditor's name and mailing address**
**Eva Tambito Espinoza**
**2680 Macarthur Avenue**
**San Pablo, CA 94806**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.114** **Nonpriority creditor's name and mailing address**
**Evans, Brandon Nicholas**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,670.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.115** **Nonpriority creditor's name and mailing address**
**Evermore Pet Food, Inc**
**5055 New York 213**
**Olivebridge, NY 12461**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,554.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.116** **Nonpriority creditor's name and mailing address**
**Ewell, Noah William**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.117** **Nonpriority creditor's name and mailing address**
**Fabian Gonzalez, Vanessa Angela**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$69.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| | | | |
|---|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address**<br>**Fabian, Vanessa**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$423.96** |
| 3.119 | **Nonpriority creditor's name and mailing address**<br>**Faz, Jorge Cesar**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$245.41** |
| 3.120 | **Nonpriority creditor's name and mailing address**<br>**Fdm Business Development**<br>**PO Box 744886**<br>**Atlanta, GA 30374-4886**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,279.92** |
| 3.121 | **Nonpriority creditor's name and mailing address**<br>**Figueroa, Jasmin**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$731.68** |
| 3.122 | **Nonpriority creditor's name and mailing address**<br>**Fines, Kiana Marie**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,757.94** |
| 3.123 | **Nonpriority creditor's name and mailing address**<br>**Firstlight Foods USA Inc.**<br>**5042 Wilshire Boulevard**<br>**Los Angeles, CA 90036**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,891.20** |
| 3.124 | **Nonpriority creditor's name and mailing address**<br>**Flores, Maria D**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,231.32** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.125 **Nonpriority creditor's name and mailing address**
**Force 10 Partners**
**5271 California Avenue Suite 270**
**Irvine, CA 92617**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,750.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.126 **Nonpriority creditor's name and mailing address**
**Forte Animal Rescue**
**Forte Animal Rescue**
**PO Box 10085**
**Marina del Rey, CA 90295**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,583.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.127 **Nonpriority creditor's name and mailing address**
**Fortis LLP**
**611 Anton Blvd Suite 1050**
**Costa Mesa, CA 92626**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,910.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.128 **Nonpriority creditor's name and mailing address**
**Gamez, Aliky Alice**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$922.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
**Garcia de la Cadena, Roxanne**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,616.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.130 **Nonpriority creditor's name and mailing address**
**Garcia, Luis Enrique Benitez**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,659.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.131 **Nonpriority creditor's name and mailing address**
**Garcia, Melanie Socorro**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$245.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**

Name

3.132 **Nonpriority creditor's name and mailing address**
**Garcia, Nancy Elizabeth**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,249.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.133 **Nonpriority creditor's name and mailing address**
**Garcia-Orozco, Alexis**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$103.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.134 **Nonpriority creditor's name and mailing address**
**Ghojoghi, Maria**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$90.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.135 **Nonpriority creditor's name and mailing address**
**Giammarco & Associates, Inc**
**15 PO BOX**
**Woodland Hills, CA 91365**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.136 **Nonpriority creditor's name and mailing address**
**Gomez Boror, Monica Guadalupe**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$442.52**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.137 **Nonpriority creditor's name and mailing address**
**Gonzalez, Andres Eduardo**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,449.06**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.138 **Nonpriority creditor's name and mailing address**
**Gramajo Samayoa, Kimberly Yesenia**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$509.98**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.139 **Nonpriority creditor's name and mailing address**
**Grandma Lucy's**
**30432 Esperanza**
**Rancho Santa Margarita, CA 92688**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$406.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.140 **Nonpriority creditor's name and mailing address**
**Greg Garfield**
**18653 Ventura Boulevard**
**#368**
**Los Angeles, CA 91356**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$525.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
**Groomers Friend LLC**
**8502 East Chapman Avenue**
**Suite 358**
**Orange, CA 92869**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,092.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
**Gustafson, John**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$129.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
**Guzman, Alejandro**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$135.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.144 **Nonpriority creditor's name and mailing address**
**Hair, Mackyla Corrine**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,003.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.145 **Nonpriority creditor's name and mailing address**
**Hamann, Joyce Decou**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$262.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.146 **Nonpriority creditor's name and mailing address**
**Hannah, Brittany Sutherland**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,135.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**
**Harrison, Allison Taylor**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$38.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.148 **Nonpriority creditor's name and mailing address**
**Harrison, Jordan Kyle**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$147.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
**Harrison, Quinn Courtney**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$554.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
**Hassanpour, Katayoun**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,283.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
**Hernandez, Jasmine Estelle**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,306.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.152 **Nonpriority creditor's name and mailing address**
**Hernandez, Jocelyn Ophir**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,106.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.153 **Nonpriority creditor's name and mailing address**
**Hoge, Terry Lee**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$209.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.154 **Nonpriority creditor's name and mailing address**
**Honda, Jennifer Kiyoko**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,766.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.155 **Nonpriority creditor's name and mailing address**
**Huitron, Bryan Eric**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$4,267.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.156 **Nonpriority creditor's name and mailing address**
**I Stand With My Pack**
**10736 Jefferson Boulevard**
**#273**
**Culver City, CA 90232**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,046.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.157 **Nonpriority creditor's name and mailing address**
**Independent Pet Supply**
**10646 Bloomfield Avenue**
**Santa Fe Springs, CA 90670**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,010.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.158 **Nonpriority creditor's name and mailing address**
**Ivy Station Residential LLC**
**11777 San Vicente Boulevard**
**Suite 900**
**Los Angeles, CA 90049**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$89,676.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.159 **Nonpriority creditor's name and mailing address**
**Jackson, Jamila Renee**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$282.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.160 **Nonpriority creditor's name and mailing address**
**Jaco, Belinda Michelle Francessca**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$97.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
**Jax & Bones**
**345 Cloverleaf Dr**
**Suite A**
**Baldwin, CA 91706**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$8,507.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
**Jeong, Joonhee**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$625.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.163 **Nonpriority creditor's name and mailing address**
**Joe Johnson**
**14414 U.S. Highway 87 West**
**Ste. 3C #318**
**La Vernia, TX 78121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$339.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.164 **Nonpriority creditor's name and mailing address**
**Johnson, Jillian**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$446.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.165 **Nonpriority creditor's name and mailing address**
**Jones, Brianna Ashley**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$641.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
**Jones, Crystal Priscilla Montoya**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$67.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.167 **Nonpriority creditor's name and mailing address**
**Joselowsky, Madison**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$980.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.168 **Nonpriority creditor's name and mailing address**
**Jung, Inhyea**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$7,595.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.169 **Nonpriority creditor's name and mailing address**
**K9 Grillz**
**Chris Thomas**
**13900 Marquesas Way #4410**
**Marina del Rey, CA 90292**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$21,868.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.170 **Nonpriority creditor's name and mailing address**
**Kaiser Permanente**

**New York, NY 10001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$71,924.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.171 **Nonpriority creditor's name and mailing address**
**Kaitlin MacDonald**
**3925 Freshwind Circle**
**Westlake Village, CA 91361**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$415.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.172 **Nonpriority creditor's name and mailing address**
**Karla Kihn**
**410 Hauser Boulevard**
**7J**
**Los Angeles, CA 90036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$994.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.173 **Nonpriority creditor's name and mailing address**
**Karma Cat Inc**
**6565 Spring Brook Ave**
**Suite 8**
**Rhinebeck, NY 12572**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,400.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**

3.174 **Nonpriority creditor's name and mailing address**
**KB Properties**
**PO Box 2248**
**Mill Valley, CA 94942**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.175 **Nonpriority creditor's name and mailing address**
**Keel, Alexander**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$847.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.176 **Nonpriority creditor's name and mailing address**
**Kim, Alison**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$113.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.177 **Nonpriority creditor's name and mailing address**
**Koenig Family Properties**
**35363 Hwy AA**
**Lebanon, MO 65536**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,061.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.178 **Nonpriority creditor's name and mailing address**
**Koh, William**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$367.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.179 **Nonpriority creditor's name and mailing address**
**Krenzer, Dianne Elizabeth**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$370.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.180 **Nonpriority creditor's name and mailing address**
**Lamb, Rubin Eric**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$54.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.181 **Nonpriority creditor's name and mailing address**
**Lambwolf Collective**
**20 Jay Street**
**Room 500**
**Brooklyn, NY 11201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,353.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.182 **Nonpriority creditor's name and mailing address**
**Larios, Alan**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,143.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.183 **Nonpriority creditor's name and mailing address**
**Lasseigne, Clement Pierre**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$929.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.184 **Nonpriority creditor's name and mailing address**
**Lee, Toni Sunae**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,633.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.185 **Nonpriority creditor's name and mailing address**
**Lemus, Lesley Michelle**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$573.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.186 **Nonpriority creditor's name and mailing address**
**Leon-Ramos, Crystal Rose**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$162.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.187 **Nonpriority creditor's name and mailing address**
**Li, Amanda Victoria**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,557.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| | | | |
|---|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address**<br>**Limon, Alejandra**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,247.80** |
| 3.189 | **Nonpriority creditor's name and mailing address**<br>**Link, Charlotte Olena**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$79.74** |
| 3.190 | **Nonpriority creditor's name and mailing address**<br>**Los Angeles LGBT Center**<br>**1118 North McCadden Place**<br>**Los Angeles, CA 90038**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,320.64** |
| 3.191 | **Nonpriority creditor's name and mailing address**<br>**Lowe, Pamela Virginia**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$985.72** |
| 3.192 | **Nonpriority creditor's name and mailing address**<br>**Lu, Zhiying**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,687.87** |
| 3.193 | **Nonpriority creditor's name and mailing address**<br>**Luis Castro, Zaira Doralis**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,206.43** |
| 3.194 | **Nonpriority creditor's name and mailing address**<br>**Macias, Miranda Ihilani**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$202.55** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.195 | **MacInnes, Bethany Janelle-Rose**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,195.43** |
| 3.196 | **Mamo LBMP Investors I LLC**<br>**PO BOX 209427**<br>**Austin, TX 78720-9281**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$65,016.94** |
| 3.197 | **Mangandid, Laura Eliana**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,031.88** |
| 3.198 | **Maplebear Inc**<br>**PO BOX 103272**<br>**Pasadena, CA 91189**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$34,249.63** |
| 3.199 | **Margarita R.D Cleaning**<br>**5200 Coe Avenue**<br>**Apt 2012**<br>**Seaside, CA 93955**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,400.00** |
| 3.200 | **Mariona Valladares, Sarah Alicia**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.38** |
| 3.201 | **Martinez, Eva Maria**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$161.01** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.202 **Nonpriority creditor's name and mailing address**
**Martinez, Janel Arlene**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$134.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.203 **Nonpriority creditor's name and mailing address**
**Martinez, Jocelyn**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$369.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.204 **Nonpriority creditor's name and mailing address**
**Martinez, Jose Luis**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$6,090.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.205 **Nonpriority creditor's name and mailing address**
**Martinez, Mark Antony**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$215.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.206 **Nonpriority creditor's name and mailing address**
**Martinez, Paola Gisselle**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$134.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.207 **Nonpriority creditor's name and mailing address**
**Martinez, Silk Lyn**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$368.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.208 **Nonpriority creditor's name and mailing address**
**Mata, Adrian Jesus**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$306.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.209 **Nonpriority creditor's name and mailing address**
**Matute Balladares, Carlos F**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$903.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.210 **Nonpriority creditor's name and mailing address**
**Mayorga, Hazel Indiana**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$384.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.211 **Nonpriority creditor's name and mailing address**
**Mendez Carrasco, Esmeralda**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$845.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.212 **Nonpriority creditor's name and mailing address**
**Mendez Lopez, Christina Vanessa**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$193.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.213 **Nonpriority creditor's name and mailing address**
**Mendez, Jasmin Esmeralda**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$884.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.214 **Nonpriority creditor's name and mailing address**
**Meyer, Kristi**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$30.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.215 **Nonpriority creditor's name and mailing address**
**Michael Arizola**
**2443 Fillmore St 380-7349**
**San Francisco, CA 94115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$8,735.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.216 **Nonpriority creditor's name and mailing address**
**Michael Quagletti Trust**
**2300 Greenfield Avenue**
**Los Angeles, CA 90064**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$42,225.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.217 **Nonpriority creditor's name and mailing address**
**Miller, Tiffany Shree**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.218 **Nonpriority creditor's name and mailing address**
**Miranda-Munoz, Erick Humberto**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,395.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.219 **Nonpriority creditor's name and mailing address**
**Moment Screen Printing**
**Moment**
**2918 Denby Ave.**
**Los Angeles, CA 90039**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,029.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.220 **Nonpriority creditor's name and mailing address**
**Monolith**
**1235 North Ogden Drive**
**#1**
**West Hollywood, CA 90046**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.221 **Nonpriority creditor's name and mailing address**
**Montiel, Steve Andrew**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$214.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.222 **Nonpriority creditor's name and mailing address**
**Mor Air Inc**
**11661 Saticoy St**
**North Hollywood, CA 91605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,875.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.223 **Nonpriority creditor's name and mailing address**
**Mostafa, Jennifer**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$877.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.224 **Nonpriority creditor's name and mailing address**
**MSQ, LLC**
**MSQ, LLC**
**Sepulveda Blvd**
**Los Angeles, CA 91411**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$30,505.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.225 **Nonpriority creditor's name and mailing address**
**Muj Saavedra, Laura Alejandra**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$183.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.226 **Nonpriority creditor's name and mailing address**
**Munoz, Samantha**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,108.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.227 **Nonpriority creditor's name and mailing address**
**Munoz-Delgado, Maricela**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$127.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.228 **Nonpriority creditor's name and mailing address**
**Muraciov, Monique**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.229 **Nonpriority creditor's name and mailing address**
**Murillo, George Marshall**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$442.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.230 **Nonpriority creditor's name and mailing address**
**Muttville Senior Dog Rescue**
**750 Florida Street**
**San Francisco, CA 94110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$283.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.231 **Nonpriority creditor's name and mailing address**
**Najera, Alex Mathew**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$402.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.232 **Nonpriority creditor's name and mailing address**
**Najera, Christopher Andrew**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,330.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.233 **Nonpriority creditor's name and mailing address**
**Nataraj, Asha Marie**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$82.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.234 **Nonpriority creditor's name and mailing address**
**Natural Dog Company**
**4444 South Boulevard**
**Charlotte, NC 28209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$919.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.235 **Nonpriority creditor's name and mailing address**
**Newco**
**9060 Rochester Avenue**
**Rancho Cucamonga, CA 91730**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,173,502.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.236 **Nonpriority creditor's name and mailing address**
**Ng, Lori**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$792.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.237 **Nonpriority creditor's name and mailing address**
**Niemeyer, Trae**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$909.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.238 **Nonpriority creditor's name and mailing address**
**Nizam, Yasmin Ida Bashar**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$142.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.239 **Nonpriority creditor's name and mailing address**
**Noble, Cory**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,758.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.240 **Nonpriority creditor's name and mailing address**
**NorCal Sled Dog Rescue**
**P.O. Box 30877**
**Walnut Creek, CA 94598**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$648.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.241 **Nonpriority creditor's name and mailing address**
**Ochoa, Brittany Grace**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$163.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.242 **Nonpriority creditor's name and mailing address**
**Ochoa, Dayanna Alexandra**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$274.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.243 **Nonpriority creditor's name and mailing address**
**Odecloud Inc.**
**2291 Stockton Street**
**4361**
**San Francisco, CA 94133**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$24,595.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC**
Name
Case number (if known) **2:24-bk-20065-DS**

3.244 **Nonpriority creditor's name and mailing address**
**Olvera, Alejandra**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,251.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.245 **Nonpriority creditor's name and mailing address**
**Ontiveros-Torres, Lizette**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$212.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.246 **Nonpriority creditor's name and mailing address**
**Oracle America, Inc. (Crowdtwist)**
**Oracle America, Inc.**
**P.O. Box 203448**
**Dallas, TX 75320-3448**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.247 **Nonpriority creditor's name and mailing address**
**Ornelas Jr., Ruben**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,764.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.248 **Nonpriority creditor's name and mailing address**
**Ortiz Garcia, Mariana**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$849.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.249 **Nonpriority creditor's name and mailing address**
**Ortiz-Chavez, Elizabeth**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$178.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.250 **Nonpriority creditor's name and mailing address**
**Owens, Donna Ann**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,605.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.251 **Nonpriority creditor's name and mailing address**
**Pacific Western Container**
**4044 West Garry Avenue**
**Santa Ana, CA 92704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,455.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.252 **Nonpriority creditor's name and mailing address**
**Palmeter, Karleigh Paige**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,573.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.253 **Nonpriority creditor's name and mailing address**
**Parker, Zoe Hamilton**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.254 **Nonpriority creditor's name and mailing address**
**Paws of L.A. Rescue**
**C. Rodriguez, Exec. Director**
**4500 Via Marina, #110**
**Marina del Rey, CA 90292**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,738.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.255 **Nonpriority creditor's name and mailing address**
**Payne, Julia Isabella**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$238.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.256 **Nonpriority creditor's name and mailing address**
**Peace of Mind Dog Rescue**
**615 Forest Avenue**
**Pacific Grove, CA 93950**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,021.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.257 **Nonpriority creditor's name and mailing address**
**Perez Alfaro, Mariana**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$203.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount |
|---|---|---|---|
| 3.258 | **Perez, Nicole Atziri**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $226.20 |
| 3.259 | **Perkins Coi LLP<br>1201 3rd Ave<br>Suite 4900<br>Seattle, WA 98101**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $42,469.00 |
| 3.260 | **Pet Food Experts<br>175 Main Street<br>Pawtucket, RI 02860**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $52,077.23 |
| 3.261 | **Peterson, Erik Thomas**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $237.52 |
| 3.262 | **Petipet<br>1332 N Halsted St<br>Suite 405<br>Chicago, IL 60642**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,292.32 |
| 3.263 | **Phillips Pet Food Supplies<br>3747 Hecktown Road<br>Easton, PA 18045**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $10,059.27 |
| 3.264 | **Phipps, Bren Jordan**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $566.89 |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.265 **Nonpriority creditor's name and mailing address**
**Pidan**
**16192 Coastal Highway**
**Lewes, DE 19958**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$496.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.266 **Nonpriority creditor's name and mailing address**
**Plander, Chanel Marie**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$273.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.267 **Nonpriority creditor's name and mailing address**
**Policarpo, Raul**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,454.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.268 **Nonpriority creditor's name and mailing address**
**Posada, Christopher**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$295.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.269 **Nonpriority creditor's name and mailing address**
**Postachian, Christina Elizabeth**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,595.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.270 **Nonpriority creditor's name and mailing address**
**Preddy, Claire**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$165.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.271 **Nonpriority creditor's name and mailing address**
**Primal Pet Foods**
**801 Chadbourne Rd. Ste 103.**
**Fairfield, CA 94534**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$62,520.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.272 | **Prime Graphix Inc.**<br>**Prime Graphix Inc.**<br>**4818 Hallowell Ave.**<br>**Temple City, CA 91780**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,228.02** |
| 3.273 | **Prime Refrigeration Systems, Inc**<br>**5860 Central Ave, Unit 110**<br>**Riverside, CA 92504**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,741.56** |
| 3.274 | **Project Hive**<br>**2400 Cedar Shore Drive**<br>**Minneapolis, MN 55416**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$788.40** |
| 3.275 | **Pronina, Evgeniia Alekseevna**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$297.23** |
| 3.276 | **Pure Dog Food**<br>**5741 Buckingham Pkwy. Unit D**<br>**Culver City, CA 90230**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$34,917.60** |
| 3.277 | **Radbert Chin & Diana Chin**<br>**C/O Manco Abbott Inc**<br>**P.O. Box 9440**<br>**Fresno, CA 93792-9440**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$40,086.10** |
| 3.278 | **Raw Advantage Processing**<br>**12264 Silver Falls Hwy SE**<br>**12264 Silver Falls HWY SE**<br>**Aumsville, OR 97325**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$29,246.00** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| | | | |
|---|---|---|---|
| 3.279 | **Nonpriority creditor's name and mailing address**<br>**Raw Connection Carmel**<br>**PO Box 223580**<br>**Carmel, CA 93922**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$159,500.00** |
| 3.280 | **Nonpriority creditor's name and mailing address**<br>**Real, Monique Angel**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$134.76** |
| 3.281 | **Nonpriority creditor's name and mailing address**<br>**Red Security Group LLC**<br>**2213 Artesia Boulevard**<br>**Redondo Beach, CA 90278**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,049.35** |
| 3.282 | **Nonpriority creditor's name and mailing address**<br>**RetailNext**<br>**60 South Market Street, 10th Floor**<br>**San Jose, CA 95113**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,083.35** |
| 3.283 | **Nonpriority creditor's name and mailing address**<br>**Reyes, Brenda Elaine**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$242.91** |
| 3.284 | **Nonpriority creditor's name and mailing address**<br>**Rios, Nadia**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,134.54** |
| 3.285 | **Nonpriority creditor's name and mailing address**<br>**Roadogs & Rescue**<br>**25131 Narbonne Ave 489**<br>**Lomita, CA 90717**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,005.78** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.286 **Nonpriority creditor's name and mailing address**
**Roberts, Kendall Michelle**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$459.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.287 **Nonpriority creditor's name and mailing address**
**Rocket Dog Rescue**
**3561 Foothill Blvd**
**Oakland, CA 94601**
**San Francisco, CA 94146**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$189.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.288 **Nonpriority creditor's name and mailing address**
**Rodriguez, Angela Susana**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,448.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.289 **Nonpriority creditor's name and mailing address**
**Rodriguez, Jaden Nichole**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$122.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.290 **Nonpriority creditor's name and mailing address**
**Rodriguez, Jennifer Anaid**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$377.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.291 **Nonpriority creditor's name and mailing address**
**Rodriguez-Tello, Dolores**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,104.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.292 **Nonpriority creditor's name and mailing address**
**Rohde, Madison Nicole**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$91.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.293 **Nonpriority creditor's name and mailing address**
**Romano, Albert Aris**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$396.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.294 **Nonpriority creditor's name and mailing address**
**Ross, Sean Thomas**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$376.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.295 **Nonpriority creditor's name and mailing address**
**Roy, Justin Lamar**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,783.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.296 **Nonpriority creditor's name and mailing address**
**Rubio, Gabriela Saria**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$120.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.297 **Nonpriority creditor's name and mailing address**
**Runway Owner LLC**
**12775 Millennium Drive**
**Suite 165**
**Los Angeles, CA 90094**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$125,440.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.298 **Nonpriority creditor's name and mailing address**
**Sage Law Partners**
**9696 Culver Boulevard**
**Suite 301**
**Culver City, CA 90232**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,679.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.299 **Nonpriority creditor's name and mailing address**
**Sahagun, Jenny Buted**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,666.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.300 **Nonpriority creditor's name and mailing address**
**Sanchez, Luz Maria**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$142.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.301 **Nonpriority creditor's name and mailing address**
**Sanchez-Moreno, Erik**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$225.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.302 **Nonpriority creditor's name and mailing address**
**Sandoval, Sarah Catherine**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$141.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.303 **Nonpriority creditor's name and mailing address**
**Santy, Jack Thomas**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$318.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.304 **Nonpriority creditor's name and mailing address**
**Sarah DeRemer**
**508 N Normandie ave**
**#3**
**Los Angeles, CA 90004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$8,185.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.305 **Nonpriority creditor's name and mailing address**
**Sarmiento, Ruby Stephanie**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$751.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.306 **Nonpriority creditor's name and mailing address**
**Sato, Laura H**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$196.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.307 **Nonpriority creditor's name and mailing address**
**Schonberg, Kari Evelyn**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,590.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.308 **Nonpriority creditor's name and mailing address**
**Sepulveda Blvd. Properties, LLC**
**225 S Sepulveda Blvd**
**ATTN: Holly Miyagawa**
**Manhattan Beach, CA 90266**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$54,856.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.309 **Nonpriority creditor's name and mailing address**
**Serena Taylor**
**3404 Pine Avenue**
**Manhattan Beach, CA 90266**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$595.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.310 **Nonpriority creditor's name and mailing address**
**Sernas, Alondra Gutierrez**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$432.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.311 **Nonpriority creditor's name and mailing address**
**Serrano, Rebecca**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$233.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.312 **Nonpriority creditor's name and mailing address**
**Servant, Gianna Marie**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$861.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.313 **Nonpriority creditor's name and mailing address**
**Shappie, Crystal Little**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$376.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

| | | | |
|---|---|---|---|
| 3.314 | **Nonpriority creditor's name and mailing address**<br>**Shervan, Magnolia**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,148.14** |
| 3.315 | **Nonpriority creditor's name and mailing address**<br>**Shopify**<br>**100 Shockoe Slip, 2nd Floor**<br>**Richmond, VA 23219**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$353,979.24** |
| 3.316 | **Nonpriority creditor's name and mailing address**<br>**Silver Ridge Plaza**<br>**16541 Gothard Street**<br>**STE 112**<br>**Huntington Beach, CA 92647-9013**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$45,719.94** |
| 3.317 | **Nonpriority creditor's name and mailing address**<br>**Simon Maas**<br>**1880 Lucile Avenue**<br>**Los Angeles, CA 90026**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$202.37** |
| 3.318 | **Nonpriority creditor's name and mailing address**<br>**Site Reach Inc.**<br>**1916 Pike Place**<br>**Ste 12 #1345**<br>**Seattle, WA 98101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,000.00** |
| 3.319 | **Nonpriority creditor's name and mailing address**<br>**Smith, Sarah M**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$325.81** |
| 3.320 | **Nonpriority creditor's name and mailing address**<br>**Solis, Jasmine Frances**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,805.57** |

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.321 **Nonpriority creditor's name and mailing address**
**Soriano, Marilyn**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$694.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.322 **Nonpriority creditor's name and mailing address**
**Sosa, Genesis Odalis**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$399.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.323 **Nonpriority creditor's name and mailing address**
**Sotela, Rorey Jordan**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$696.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.324 **Nonpriority creditor's name and mailing address**
**SPS Commerce, Inc.**
**PO Box 205782**
**Dallas, TX 75320-5782**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$11,944.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.325 **Nonpriority creditor's name and mailing address**
**Stallman, Sarah Ruth**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.326 **Nonpriority creditor's name and mailing address**
**Sugihara, Patricia Claire**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$5,054.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.327 **Nonpriority creditor's name and mailing address**
**Sutter, Emily Maret**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$467.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.328 **Nonpriority creditor's name and mailing address**
**Sutton, Shameir Cheyanne**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$758.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.329 **Nonpriority creditor's name and mailing address**
**Tamoush, Samantha Marie**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$456.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.330 **Nonpriority creditor's name and mailing address**
**Tang, Hao Gia**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$915.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.331 **Nonpriority creditor's name and mailing address**
**The Foggy Dog**
**3360 20th Street**
**Suite A**
**San Francisco, CA 94110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$17,541.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.332 **Nonpriority creditor's name and mailing address**
**The Honest Kitchen**
**PO Box 741434**
**Los Angeles, CA 90074-1434**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$21,438.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.333 **Nonpriority creditor's name and mailing address**
**The Rescue Train**
**13027 Victory Blvd.**
**#522**
**North Hollywood, CA 91606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,524.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.334 **Nonpriority creditor's name and mailing address**
**Ton, Mi Ke**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,304.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.335 **Nonpriority creditor's name and mailing address**
**Tran, Julia Taylor**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,019.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.336 **Nonpriority creditor's name and mailing address**
**Trujillo, Yadira Celene**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$348.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.337 **Nonpriority creditor's name and mailing address**
**Uchuya Medina, Renzo Manuel**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$482.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.338 **Nonpriority creditor's name and mailing address**
**Umland LLC**
**2213 County Road 355 North**
**Carlock, IL 61725**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$6,193.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.339 **Nonpriority creditor's name and mailing address**
**US Bank**
**200 South Sixth St.**
**Minneapolis, MN 55401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$106,833.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.340 **Nonpriority creditor's name and mailing address**
**Valencia, Joel**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$401.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.341 **Nonpriority creditor's name and mailing address**
**Vargas, Kayla Ashly**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$846.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.342 **Nonpriority creditor's name and mailing address**
**Vargas, Priscila Abril**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.343 **Nonpriority creditor's name and mailing address**
**Various Customers**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$112,905.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.344 **Nonpriority creditor's name and mailing address**
**Vasquez, Ruben Severiano**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$236.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.345 **Nonpriority creditor's name and mailing address**
**Vasquez, Sabrina Elizabeth**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,674.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.346 **Nonpriority creditor's name and mailing address**
**Velasquez, Arrinya Mercedes**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$392.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.347 **Nonpriority creditor's name and mailing address**
**Village at Westfield Topanga**
**211 North Stadium Boulevard**
**Suite 201**
**Columbia, MO 65203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$78,050.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.348 **Nonpriority creditor's name and mailing address**
**Villarreal, Lizette**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$371.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.349 **Nonpriority creditor's name and mailing address**
**Vorzimer, Reagan Danielle**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$303.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.350 **Nonpriority creditor's name and mailing address**
**Wabuda, Jessica Ann**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$125.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.351 **Nonpriority creditor's name and mailing address**
**Walnut Square Center LP**
**468 Green Street**
**San Francisco, CA 94133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$7,342.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.352 **Nonpriority creditor's name and mailing address**
**Winters, Audrie Erin**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,243.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.353 **Nonpriority creditor's name and mailing address**
**Wisdom, Danessa Alanza**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$434.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.354 **Nonpriority creditor's name and mailing address**
**Woodford, Clark David**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,452.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.355 **Nonpriority creditor's name and mailing address**
**Yosemite Protein Products Inc.**
**47 Sequoia Glen Lane**
**Novato, CA 94947**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$4,216.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

3.356 **Nonpriority creditor's name and mailing address**
**Young, Annie M**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,148.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.357 **Nonpriority creditor's name and mailing address**
**Zaldivar , Evelyn Noely**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$196.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.358 **Nonpriority creditor's name and mailing address**
**Zamora, Katherine**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$143.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.359 **Nonpriority creditor's name and mailing address**
**Zepeda, Nancy Patricia**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,390.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.360 **Nonpriority creditor's name and mailing address**
**Ziply Network Inc.**
**1017 N La Cienega**
**Unit 200**
**Los Angeles, CA 91316**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$670.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.361 **Nonpriority creditor's name and mailing address**
**Ziwipeak**
**10985 Cody Street**
**Suite 110**
**Overland Park, KS 66210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$140,668.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.362 **Nonpriority creditor's name and mailing address**
**Zuniga, Linette Itzayana**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$231.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor **Healthy Spot Operating LLC** Case number (if known) **2:24-bk-20065-DS**
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **313,000.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **4,761,135.14** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **5,074,135.14** |

**Fill in this information to identify the case:**

Debtor name **Healthy Spot Operating LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:24-bk-20065-DS**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Pasadena Store Lease** | |
| | State the term remaining | **10/31/2028** | **614 E. Col Properties**<br>**2834 W. Imperial Hwy**<br>**Inglewood, CA 90303** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Beverly Grove Store Lease** | |
| | State the term remaining | **4/30/2027** | **8126 Beverly Properties LLC, Arash Dania**<br>**2834 W. Imperial Hwy**<br>**Inglewood, CA 90303** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **West Hollywood Store Lease** | |
| | State the term remaining | **3/31/2025** | **8525 Santa Monica Blvd LLC**<br>**710 N. Oakhurst Drive**<br>**Beverly Hills, CA 90210** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Firm** | |
| | State the term remaining | **Month to Month** | **Accoutancy Solutions LLC**<br>**8 The Green, Ste R**<br>**Dover, DE 19901** |
| | List the contract number of any government contract | | |

Debtor 1 **Healthy Spot Operating LLC** Case number (*if known*) **2:24-bk-20065-DS**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Processing** | |
| | State the term remaining | **3/31/2027** | **ADP**<br>**5355 Orangethorpe Avenue**<br>**La Palma, CA 90623** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Studio City Store Lease** | |
| | State the term remaining | **1/31/2029** | **Allen C. Dennis Trustee**<br>**5500 Rhodes Avenue**<br>**Valley Village, CA 91607** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Cost Mesa Store Lease** | |
| | State the term remaining | **10/21/2028** | **American Commercial Equities Three**<br>**22917 Pacific Coast HWY. St.300**<br>**Malibu, CA 90265** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Carmel Store Acquisition** | |
| | State the term remaining | **8/31/2025** | **Carmel Raw Connection**<br>**PO Box 223580**<br>**Carmel, CA 93922** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **System Integrator** | |
| | State the term remaining | **8/1/2027** | **Celigo**<br>**3 Lagoon Drive Suite 130**<br>**Redwood City, CA 94065** |
| | List the contract number of any government contract | | |

Debtor 1 **Healthy Spot Operating LLC** Case number (*if known*) **2:24-bk-20065-DS**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | **Century City Store Lease** | |
| State the term remaining | **7/31/2028** | **Century City Mall LLC - Westfield**<br>**2049 Century Park East 41st Floor**<br>**Los Angeles, CA 90067** |
| List the contract number of any government contract | | |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | **Towel, Bathroom Vendor Services** | |
| State the term remaining | **10/1/2027** | **Cintas**<br>**6800 Cintas Blvd.**<br>**Mason, OH 45040** |
| List the contract number of any government contract | | |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
| State the term remaining | **8/1/2026** | **Clearmind Technology**<br>**3303 Wilshire Blvd. Suite 1225**<br>**Los Angeles, CA 90010** |
| List the contract number of any government contract | | |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Investment Banker** | |
| State the term remaining | **1/31/2025** | **Critical Point**<br>**2101 Rosecrans Avenue Suite 4255**<br>**El Segundo, CA 90245** |
| List the contract number of any government contract | | |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Paid Ad Management Agency** | |
| State the term remaining | **Month to Month** | **Digital Marketing Consultant Group**<br>**57 Chandler Street, Unit A**<br>**Boston, MA 02116** |
| List the contract number of any government contract | | |

Debtor 1 **Healthy Spot Operating LLC** Case number (*if known*) **2:24-bk-20065-DS**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Hancock Park Store Lease** | |
| | State the term remaining | **12/31/2027** | **East of June LLC**<br>**8900 Melrose Ave Suite 201**<br>**West Hollywood, CA 90069** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Applicant Tracking System** | |
| | State the term remaining | **6/14/2025** | **Employ (Jobvite)**<br>**20 N Meridian St Ste 300**<br>**Indianapolis, IN 46204** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Mission Bay Store Lease** | |
| | State the term remaining | **5/1/2029** | **Essex Portfolio L.P.**<br>**1100 Park Place Suite 200**<br>**San Mateo, CA 94403** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Wholesale Account Management Agency** | |
| | State the term remaining | **12/31/2025** | **FDM**<br>**900 Lake Shore Drive, Unit 409**<br>**Chicago, IL 60611** |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **General Contractor for Facilities Maintenance and Store Buildouts** | |
| | State the term remaining | **Month to Month** | **Giammarco - Kevin Meechan**<br>**749 Lakefield Road Suit C**<br>**Westlake, CA 91361** |
| | List the contract number of any government contract | | |

Debtor 1 **Healthy Spot Operating LLC** Case number (*if known*) **2:24-bk-20065-DS**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Coworking Office Lease** | |
| | State the term remaining | **Month to Month** | **Industrious LS Hughes District LLC<br>6600 Center Drive 10th Floor<br>Los Angeles, CA 90045** |
| | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Retailer Platform** | |
| | State the term remaining | **Month to Month** | **Instacart<br>50 Beale St., Unit #600<br>San Francisco, CA 94105** |
| | List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Culver City Store Lease** | |
| | State the term remaining | **10/31/1934** | **Ivy Station Residential LLC<br>11777 San Vicente Blvd Suite 900<br>Los Angeles, CA 90049** |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Rockridge Store Lease** | |
| | State the term remaining | **12/31/2029** | **KB Properties<br>PO Box 2248<br>Mill Valley, CA 94942** |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Bookkeeping Services** | |
| | State the term remaining | **Month to Month** | **KCMBP LLC<br>6667 S Overlook Rim Rd<br>Salt Lake City, UT 84123** |
| | List the contract number of any government contract | | |

Debtor 1 **Healthy Spot Operating LLC** Case number (*if known*) **2:24-bk-20065-DS**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Santa Monica Store Lease** | |
| | State the term remaining | **1/31/2025** | **Koenig Family Properties LLC**<br>**P.O Box 8482**<br>**Santa Cruz, CA 95061** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Long Beach Store Lease** | |
| | State the term remaining | **5/31/2029** | **Mamo LBMP Investors I LLC**<br>**PO Box 209427**<br>**Austin, TX 78720** |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Website Development Agency** | |
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **Michael Arizola** |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease** | |
| | State the term remaining | **8/31/2026** | **Michael Quagletti Trust**<br>**2300 Garfield Avenue**<br>**Los Angeles, CA 90064** |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Creative Service Agency** | |
| | State the term remaining | **7/1/2025** | **Monolith**<br>**801 S. Olive Street, Unit #1513**<br>**Los Angeles, CA 90014** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Preventative Services** | |
| | State the term remaining | **Month to Month** | **Mor Air**<br>**11661 Saticoy St.**<br>**North Hollywood, CA 91605** |
| | List the contract number of any government contract | | |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Marina del Rey Store Lease** | |
| | State the term remaining | **7/31/2027** | **MSQ LLC**<br>**13160 Mindanao Way**<br>**Marina del Rey, CA 90292** |
| | List the contract number of any government contract | | |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **POS and Store Scheduler System** | |
| | State the term remaining | **2/1/2025** | **Mytime**<br>**947 Linda Flora Drive**<br>**Los Angeles, CA 90049** |
| | List the contract number of any government contract | | |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **ERP** | |
| | State the term remaining | **5/1/2025** | **Netsuite**<br>**2300 Oracle Way**<br>**Austin, TX 78741** |
| | List the contract number of any government contract | | |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Netsuite Consultant Services** | |
| | State the term remaining | **Month to Month** | **Ode Cloud**<br>**8 The Green #5832**<br>**Dover, DE 19901** |
| | List the contract number of any government contract | | |

Debtor 1 **Healthy Spot Operating LLC** Case number (*if known*) **2:24-bk-20065-DS**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Downtown LA Store Lease** | **One Thousand Grand Avenue Holdings, LLC.**<br>**450 West Olympic**<br>**Los Angeles, CA 90015** |
| | State the term remaining | **7/31/2027** | |
| | List the contract number of any government contract | | |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Loyalty Platform** | **Oracle Crowdtwist**<br>**500 Oracle Parkway**<br>**Redwood Shores, CA 94065** |
| | State the term remaining | **2/20/2025** | |
| | List the contract number of any government contract | | |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Carmel Store Lease** | **Radbert and Diana Chin**<br>**P.O. Box 9440**<br>**Fresno, CA 93792-9440** |
| | State the term remaining | **12/31/2028** | |
| | List the contract number of any government contract | | |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Ecommerce Subscription Platform** | **Recharge**<br>**1507 20th St**<br>**Santa Monica, CA 90404** |
| | State the term remaining | **2/1/2025 (1-year auto renewal)** | |
| | List the contract number of any government contract | | |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Store traffic counters** | **RetailNext, Inc.**<br>**307 Orchard City Drive, Suite 100**<br>**Campbell, CA 95008** |
| | State the term remaining | **6/30/2025** | |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.40. State what the contract or lease is for and the nature of the debtor's interest | **Online reputation management platform** | |
| State the term remaining | **8/30/2025** | **Reviewtrackers**<br>**1240B Stringham Ave., Unit #1008**<br>**Salt Lake City, UT 84106** |
| List the contract number of any government contract | | |
| 2.41. State what the contract or lease is for and the nature of the debtor's interest | **Inventory Management Platform** | |
| State the term remaining | **11/16/2025** | **RFSmart**<br>**3563 Philips Hwy Suite F-601**<br>**Jacksonville, FL 32207** |
| List the contract number of any government contract | | |
| 2.42. State what the contract or lease is for and the nature of the debtor's interest | **Playa Vista Store Lease** | |
| State the term remaining | **7/31/2028** | **Runway Owners LLC**<br>**12775 W Millenium Suite 165**<br>**Playa Vista, CA 90094** |
| List the contract number of any government contract | | |
| 2.43. State what the contract or lease is for and the nature of the debtor's interest | **Marketing Content Photographer** | |
| State the term remaining | **7/1/2025** | **Sarah DeRemer**<br>**508 N. Normandies Ave, Apt #3**<br>**Los Angeles, CA 90004** |
| List the contract number of any government contract | | |
| 2.44. State what the contract or lease is for and the nature of the debtor's interest | **Manhattan Beach Store Lease** | |
| State the term remaining | **11/30/2026** | **Sepulveda BLVD Properties LLC - Skechers**<br>**225 S Sepulveda Blvd**<br>**Manhattan Beach, CA 90266** |
| List the contract number of any government contract | | |

Debtor 1 **Healthy Spot Operating LLC** Case number (*if known*) **2:24-bk-20065-DS**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Ecommerce Platform** | |
| | State the term remaining | **5/8/2027** | **Shopify**<br>**100 Shockoe Slip, 2nd Floor**<br>**Richmond, VA 23219** |
| | List the contract number of any government contract | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Silverlake Store Lease** | |
| | State the term remaining | **1/31/2028** | **Silver Ridge Plaza**<br>**2760 E. Spring St, Suite 200**<br>**Long Beach, CA 90806** |
| | List the contract number of any government contract | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Wholesale Logistics Platform** | |
| | State the term remaining | **9/26/2025** | **SPS Commerce**<br>**333 S 7th St #1000**<br>**Minneapolis, MN 55402** |
| | List the contract number of any government contract | | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **North Berkeley Store Lease** | |
| | State the term remaining | **12/31/2028** | **Walnut Square Center LP**<br>**468 Green St.**<br>**San Francisco, CA 94133** |
| | List the contract number of any government contract | | |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **ERP Payments** | |
| | State the term remaining | **4/1/2025** | **Wells Fargo (Netsuite)**<br>**PO Box 858178**<br>**Minneapolis, MN 55485-8178** |
| | List the contract number of any government contract | | |

Debtor 1 **Healthy Spot Operating LLC** Case number (*if known*) **2:24-bk-20065-DS**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Topanga Store Lease** | |
| | State the term remaining | **1/31/2026** | **West Valley Owner LLC**<br>**2049 Century Park East 41st Floor**<br>**Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Healthy Spot Operating LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:24-bk-20065-DS**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$36,114,000.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$41,138,000.00** |
| **For the fiscal year:**<br>From **1/01/2002** to **12/31/2002** | ■ Operating a business<br>☐ Other | **$42,148,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **Healthy Spot Operating LLC** Case number *(if known)* **2:24-bk-20065-DS**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Shramek v Healthy Spot**<br>**22STCV29435** | **Employment related lawsuit** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Medina, Rosa**<br>**24STCV22571** | **Employment related lawsuit** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

**Part 2**

3.1: Certain payments or transfers to creditors within 90 days before filing this case

| Date | Name | Memo | | Amount |
|---|---|---|---|---|
| 9/10/2024 | Adt | Supplier or Vendor | $ | (119.37) |
| 9/10/2024 | Amex | Other | $ | (10,000.00) |
| 9/11/2024 | Artvark Pet Products | Supplier or Vendor | $ | (28,283.30) |
| 9/11/2024 | Instafunding | Loan Payment | $ | (69,910.71) |
| 9/11/2024 | Ipfs | Supplier or Vendor | $ | (4,850.67) |
| 9/11/2024 | Jax & Bones | Supplier or Vendor | $ | (2,290.00) |
| 9/11/2024 | Tmobile | Supplier or Vendor | $ | (625.93) |
| 9/11/2024 | Ziwipeak | Supplier or Vendor | $ | (51,141.87) |
| 9/12/2024 | Wwex | Supplier or Vendor | $ | (2,886.88) |
| 9/16/2024 | Amex | Other | $ | (7,500.00) |
| 9/16/2024 | Amex | Other | $ | (1,000.00) |
| 9/16/2024 | Athens | Supplier or Vendor | $ | (641.41) |
| 9/16/2024 | Tvt 2.0 | Loan Payment | $ | (103,571.42) |
| 9/16/2024 | Us Bank | Other | $ | (1,540.31) |
| 9/18/2024 | Amex | Other | $ | (15,000.00) |
| 9/18/2024 | Instafunding | Loan Payment | $ | (69,910.71) |
| 9/18/2024 | Ready Refresh | Supplier or Vendor | $ | (1,162.09) |
| 9/19/2024 | Wwex | Other | $ | (3,876.90) |
| 9/20/2024 | Accutancy Solutions LLC | Services | $ | (800.00) |
| 9/20/2024 | Amex | Other | $ | (20,000.00) |
| 9/20/2024 | Carla Juarez | Other | $ | (94.50) |
| 9/20/2024 | Danielle Rubio | Other | $ | (597.97) |
| 9/20/2024 | ECS Janitorial Services, Inc. | Supplier or Vendor | $ | (6,947.00) |
| 9/20/2024 | Ismail Cakir | Supplier or Vendor | $ | (510.00) |
| 9/20/2024 | Isuzu Finance | Other | $ | (1,316.03) |
| 9/20/2024 | Minerva Zapata | Other | $ | (93.06) |
| 9/20/2024 | Moment Screen Printing | Supplier or Vendor | $ | (4,375.75) |
| 9/20/2024 | Pet Food Experts | Supplier or Vendor | $ | (52,601.79) |
| 9/20/2024 | Pet Food Experts | Supplier or Vendor | $ | (598.73) |
| 9/20/2024 | Petipet | Supplier or Vendor | $ | (2,384.08) |
| 9/20/2024 | Raw Advantage Processing | Supplier or Vendor | $ | (36,385.00) |
| 9/23/2024 | Adt | Supplier or Vendor | $ | (443.72) |
| 9/23/2024 | Tvt 2.0 | Loan Payment | $ | (51,785.71) |
| 9/24/2024 | Amex | Other | $ | (62,728.19) |
| 9/24/2024 | Chase | Other | $ | (15.00) |
| 9/24/2024 | Newco | Supplier or Vendor | $ | (50,470.50) |
| 9/24/2024 | Oxyfresh | Supplier or Vendor | $ | (2,787.84) |
| 9/24/2024 | Pure Dog Food | Supplier or Vendor | $ | (7,252.20) |
| 9/24/2024 | Us Bank | Other | $ | (8,877.40) |
| 9/24/2024 | Us Bank | Other | $ | (6,236.66) |
| 9/24/2024 | Ziply Network Inc. | Supplier or Vendor | $ | (530.00) |
| 9/25/2024 | Instafunding | Loan Payment | $ | (69,910.71) |
| 9/26/2024 | Newco | Supplier or Vendor | $ | (76,567.67) |
| 9/26/2024 | Wwex | Supplier or Vendor | $ | (1,994.90) |

| | | | | |
|---|---|---|---|---|
| 9/27/2024 | Amex | Other | $ | (10,000.00) |
| 9/27/2024 | Fdm Business Development | Supplier or Vendor | $ | (6,276.71) |
| 9/27/2024 | K Grillz | Supplier or Vendor | $ | (34,444.15) |
| 9/27/2024 | K Grillz | Supplier or Vendor | $ | (31,216.60) |
| 9/30/2024 | Instafunding | Loan Payment | $ | (12,946.43) |
| 9/30/2024 | Kaiser Permanente | Other | $ | (73,193.01) |
| 9/30/2024 | Krista Carlson | Supplier or Vendor | $ | (3,210.00) |
| 9/30/2024 | My Time | Supplier or Vendor | $ | (6,794.70) |
| 9/30/2024 | Pet Food Experts | Supplier or Vendor | $ | (27,801.82) |
| 9/30/2024 | Sarah Adams | Supplier or Vendor | $ | (159,500.00) |
| 9/30/2024 | ACH Capital West | Loan Payment | $ | (51,785.71) |
| 9/30/2024 | ACH Capital West | Loan Payment | $ | (13,307.58) |
| 9/30/2024 | Us Bank | Other | $ | (25,000.00) |
| 10/1/2024 | Amex | Other | $ | (25,000.00) |
| 10/1/2024 | Cintas Corporation | Supplier or Vendor | $ | (37,696.17) |
| 10/1/2024 | Monolith | Supplier or Vendor | $ | (6,600.00) |
| 10/1/2024 | Pure Dog Food | Supplier or Vendor | $ | (16,889.40) |
| 10/2/2024 | Amex | Other | $ | (40,000.00) |
| 10/2/2024 | Amex | Other | $ | (5,000.00) |
| 10/2/2024 | Hanover | Other | $ | (17,292.30) |
| 10/2/2024 | Hanover | Other | $ | (945.17) |
| 10/2/2024 | Industrious Office | Other | $ | (3,134.60) |
| 10/2/2024 | Instafunding | Loan Payment | $ | (69,910.71) |
| 10/2/2024 | So Cal Edison | Other | $ | (2,805.00) |
| 10/3/2024 | Accutancy Solutions LLC | Services | $ | (400.00) |
| 10/3/2024 | ADP, Inc | Supplier or Vendor | $ | (7,891.36) |
| 10/3/2024 | Allen C. Dennis | Other | $ | (24,704.92) |
| 10/3/2024 | American Commercial Equities Three, LLC | Other | $ | (19,149.27) |
| 10/3/2024 | Animal Supply Company | Supplier or Vendor | $ | (5,376.86) |
| 10/3/2024 | Beverly Properties LLC | Other | $ | (27,500.00) |
| 10/3/2024 | Clearmind Technology, Inc. | Supplier or Vendor | $ | (6,315.76) |
| 10/3/2024 | CSA Capital | Services | $ | (21,437.50) |
| 10/3/2024 | E COL Properties LLC | Other | $ | (12,694.00) |
| 10/3/2024 | East of June, LLC | Other | $ | (10,353.46) |
| 10/3/2024 | Essex Portfolio, L.P. | Other | $ | (6,828.84) |
| 10/3/2024 | Giammarco & Associates, Inc | Supplier or Vendor | $ | (2,000.00) |
| 10/3/2024 | Huxley & Kent | Supplier or Vendor | $ | (6,049.60) |
| 10/3/2024 | Ismail Cakir | Supplier or Vendor | $ | (750.00) |
| 10/3/2024 | Joe Johnson | Supplier or Vendor | $ | (452.21) |
| 10/3/2024 | Kacy Barrasas | Supplier or Vendor | $ | (209.43) |
| 10/3/2024 | KB Properties | Other | $ | (20,000.00) |
| 10/3/2024 | Koenig Family Properties | Other | $ | (32,061.00) |
| 10/3/2024 | Mike Green Fire Equipment | Supplier or Vendor | $ | (3,038.34) |
| 10/3/2024 | Mor Air Inc | Supplier or Vendor | $ | (6,879.96) |
| 10/3/2024 | MSQ, LLC | Other | $ | (30,505.41) |
| 10/3/2024 | MyTime | Supplier or Vendor | $ | (545.42) |
| 10/3/2024 | Newco | Supplier or Vendor | $ | (55,412.39) |
| 10/3/2024 | Newco | Supplier or Vendor | $ | (43,255.58) |

| | | | | |
|---|---|---|---|---|
| 10/3/2024 | Odecloud Inc. | Supplier or Vendor | $ | (1,603.13) |
| 10/3/2024 | Pet Food Experts | Supplier or Vendor | $ | (45,512.80) |
| 10/3/2024 | Phillips Pet Food Supplies | Supplier or Vendor | $ | (9,069.56) |
| 10/3/2024 | Pure Dog Food | Supplier or Vendor | $ | (6,534.72) |
| 10/3/2024 | Radbert Chin & Diana Chin | Other | $ | (7,848.92) |
| 10/3/2024 | RYERCAT | Supplier or Vendor | $ | (1,950.00) |
| 10/3/2024 | Santa Monica Boulevard LLC | Other | $ | (12,694.02) |
| 10/3/2024 | Sean Nguyen | Supplier or Vendor | $ | (100.00) |
| 10/3/2024 | Sepulveda Blvd. Properties, LLC | Other | $ | (9,120.22) |
| 10/3/2024 | Silver Ridge Plaza | Other | $ | (13,086.78) |
| 10/3/2024 | SPS Commerce, Inc. | Supplier or Vendor | $ | (208.00) |
| 10/3/2024 | Teo Inunza | Supplier or Vendor | $ | (360.00) |
| 10/3/2024 | W th LLC | Other | $ | (42,225.54) |
| 10/3/2024 | Walnut Square Center LP | Other | $ | (18,355.17) |
| 10/3/2024 | WPG Interactive Media LLC | Supplier or Vendor | $ | (500.00) |
| 10/3/2024 | Wwex | Supplier or Vendor | $ | (2,932.68) |
| 10/3/2024 | Ziply Network Inc. | Supplier or Vendor | $ | (279.00) |
| 10/4/2024 | Amex | Other | $ | (20,000.00) |
| 10/4/2024 | City Of Torrance | Other | $ | (151.37) |
| 10/7/2024 | Instafunding | Loan Payment | $ | (12,946.43) |
| 10/7/2024 | ACH Capital West | Loan Payment | $ | (103,571.42) |
| 10/7/2024 | ACH Capital West | Loan Payment | $ | (13,307.58) |
| 10/8/2024 | Amex | Other | $ | (30,000.00) |
| 10/8/2024 | Primal Pet Foods | Supplier or Vendor | $ | (78,725.96) |
| 10/8/2024 | So Cal Gas | Other | $ | (16.28) |
| 10/9/2024 | Instafunding | Loan Payment | $ | (69,910.71) |
| 10/10/2024 | Adt | Supplier or Vendor | $ | (119.37) |
| 10/10/2024 | Adt | Supplier or Vendor | $ | (51.99) |
| 10/10/2024 | CA Dept of Tax | Other | $ | (173,130.36) |
| 10/10/2024 | Wwex | Supplier or Vendor | $ | (1,280.70) |
| 10/11/2024 | Artvark Pet Products | Supplier or Vendor | $ | (1,597.00) |
| 10/11/2024 | Bel Air Internet, LLC | Supplier or Vendor | $ | (600.00) |
| 10/11/2024 | Canada Pooch | Supplier or Vendor | $ | (18,296.28) |
| 10/11/2024 | Cintas Corporation | Supplier or Vendor | $ | (43,499.24) |
| 10/11/2024 | EcoPawz | Supplier or Vendor | $ | (1,556.92) |
| 10/11/2024 | Force 10 Partners | Services | $ | (8,078.94) |
| 10/11/2024 | Fortis LLP | Services | $ | (3,507.50) |
| 10/11/2024 | Grandma Lucy's | Supplier or Vendor | $ | (18,631.21) |
| 10/11/2024 | Independent Pet Supply | Supplier or Vendor | $ | (9,213.99) |
| 10/11/2024 | Ipfs | Supplier or Vendor | $ | (4,850.67) |
| 10/11/2024 | K Grillz | Supplier or Vendor | $ | (28,144.40) |
| 10/11/2024 | Monolith | Supplier or Vendor | $ | (6,600.00) |
| 10/11/2024 | Newco | Supplier or Vendor | $ | (127,989.45) |
| 10/11/2024 | Pet Food Experts | Supplier or Vendor | $ | (24,542.34) |
| 10/11/2024 | Power Cloud Consulting | Supplier or Vendor | $ | (1,120.00) |
| 10/11/2024 | Primal Pet Foods | Supplier or Vendor | $ | (20,320.10) |
| 10/11/2024 | Pure Dog Food | Supplier or Vendor | $ | (5,444.00) |
| 10/11/2024 | ROAM | Supplier or Vendor | $ | (3,842.96) |

| | | | | |
|---|---|---|---|---|
| 10/11/2024 | Sarah DeRemer Photography Inc | Supplier or Vendor | $ | (4,107.00) |
| 10/11/2024 | Spina Organics | Supplier or Vendor | $ | (4,042.60) |
| 10/11/2024 | The Crump Group Inc. | Supplier or Vendor | $ | (2,718.96) |
| 10/11/2024 | The Foggy Dog | Supplier or Vendor | $ | (5,012.50) |
| 10/11/2024 | The Honest Kitchen | Supplier or Vendor | $ | (36,976.05) |
| 10/11/2024 | Tmobile | Supplier or Vendor | $ | (625.93) |
| 10/11/2024 | Us Bank | Other | $ | (8,000.00) |
| 10/11/2024 | WPG Interactive Media LLC | Supplier or Vendor | $ | (5,118.39) |
| 10/15/2024 | Amex | Other | $ | (10,000.00) |
| 10/15/2024 | Instafunding | Loan Payment | $ | (12,946.43) |
| 10/15/2024 | ACH Capital West | Loan Payment | $ | (103,571.42) |
| 10/15/2024 | ACH Capital West | Loan Payment | $ | (13,307.58) |
| 10/15/2024 | Us Bank | Other | $ | (5,000.00) |
| 10/15/2024 | Us Bank | Other | $ | (1,511.69) |
| 10/16/2024 | Amex | Other | $ | (15,000.00) |
| 10/16/2024 | Athens | Supplier or Vendor | $ | (641.41) |
| 10/16/2024 | Atlantic Tape & Packaging | Supplier or Vendor | $ | (9,263.56) |
| 10/16/2024 | Instafunding | Loan Payment | $ | (69,910.71) |
| 10/17/2024 | Newco | Supplier or Vendor | $ | (152,385.08) |
| 10/17/2024 | Ready Refresh | Supplier or Vendor | $ | (1,162.09) |
| 10/17/2024 | Wwex | Supplier or Vendor | $ | (3,718.69) |
| 10/18/2024 | Bai Connect | Supplier or Vendor | $ | (775.00) |
| 10/21/2024 | Adt | Supplier or Vendor | $ | (443.72) |
| 10/21/2024 | Instafunding | Loan Payment | $ | (12,946.43) |
| 10/21/2024 | Isuzu Finance | Other | $ | (1,316.03) |
| 10/21/2024 | ACH Capital West | Loan Payment | $ | (103,571.42) |
| 10/21/2024 | ACH Capital West | Loan Payment | $ | (13,307.58) |
| 10/22/2024 | Amex | Other | $ | (15,000.00) |
| 10/22/2024 | Amex | Other | $ | (5,000.00) |
| 10/22/2024 | Andrew Gomez | Supplier or Vendor | $ | (80.00) |
| 10/22/2024 | CSA Capital | Services | $ | (13,125.00) |
| 10/22/2024 | Danielle Ventrone | Supplier or Vendor | $ | (185.00) |
| 10/22/2024 | ECS Janitorial Services, Inc. | Supplier or Vendor | $ | (6,260.00) |
| 10/22/2024 | Gonzalez & Sons | Supplier or Vendor | $ | (565.00) |
| 10/22/2024 | Honest Paws | Supplier or Vendor | $ | (5,915.16) |
| 10/22/2024 | Independent Pet Supply | Supplier or Vendor | $ | (7,030.35) |
| 10/22/2024 | Jaquan Nicholson | Supplier or Vendor | $ | (140.98) |
| 10/22/2024 | Maplebear Inc* | Supplier or Vendor | $ | (9,439.00) |
| 10/22/2024 | Moment Screen Printing | Supplier or Vendor | $ | (4,526.50) |
| 10/22/2024 | Monterey County Tax Collector | Other | $ | (1,994.44) |
| 10/22/2024 | Mor Air Inc | Supplier or Vendor | $ | (5,053.00) |
| 10/22/2024 | Odecloud Inc. | Supplier or Vendor | $ | (6,159.38) |
| 10/22/2024 | Oracle America, Inc. (Crowdtwist)- | Supplier or Vendor | $ | (10,000.05) |
| 10/22/2024 | Pet Food Experts | Supplier or Vendor | $ | (9,566.10) |
| 10/22/2024 | Prime Refrigeration Systems, Inc* | Supplier or Vendor | $ | (8,679.14) |
| 10/22/2024 | Pure Dog Food | Supplier or Vendor | $ | (5,545.80) |
| 10/22/2024 | Rachel Charlupski | Supplier or Vendor | $ | (145.78) |
| 10/22/2024 | Raw Advantage Processing | Supplier or Vendor | $ | (18,836.25) |

| | | | | |
|---|---|---|---|---|
| 10/22/2024 | This Girl Walks Into A Bar, LLC | Supplier or Vendor | $ | (472.32) |
| 10/22/2024 | Umland LLC | Supplier or Vendor | $ | (6,580.15) |
| 10/23/2024 | Amex | Other | $ | (27,283.13) |
| 10/23/2024 | Instafunding | Loan Payment | $ | (69,910.71) |
| 10/24/2024 | Chase | Other | $ | (15.00) |
| 10/24/2024 | Us Bank | Other | $ | (11,746.52) |
| 10/24/2024 | Us Bank | Other | $ | (3,237.95) |
| 10/24/2024 | Wwex | Supplier or Vendor | $ | (2,353.85) |
| 10/25/2024 | Newco | Supplier or Vendor | $ | (96,887.29) |
| 10/25/2024 | Newco | Supplier or Vendor | $ | (26,805.93) |
| 10/28/2024 | Instafunding | Loan Payment | $ | (12,946.43) |
| 10/28/2024 | ACH Capital West | Loan Payment | $ | (103,571.42) |
| 10/28/2024 | ACH Capital West | Loan Payment | $ | (13,307.58) |
| 10/29/2024 | K Grillz | Supplier or Vendor | $ | (27,661.00) |
| 10/29/2024 | My Time | Supplier or Vendor | $ | (6,766.71) |
| 10/30/2024 | ADP, Inc | Supplier or Vendor | $ | (3,611.49) |
| 10/30/2024 | Amex | Other | $ | (10,000.00) |
| 10/30/2024 | Fdm Business Development | Supplier or Vendor | $ | (6,276.25) |
| 10/30/2024 | Instafunding | Loan Payment | $ | (69,910.71) |
| 10/30/2024 | Kaiser Permanente | Other | $ | (74,479.44) |
| 10/30/2024 | Pet Food Experts | Supplier or Vendor | $ | (19,510.86) |
| 10/30/2024 | Pure Dog Food | Supplier or Vendor | $ | (5,830.20) |
| 10/30/2024 | Spina Organics | Supplier or Vendor | $ | (16,800.00) |
| 10/31/2024 | American City Pest & Termite | Supplier or Vendor | $ | (886.50) |
| 10/31/2024 | One Thousand Grand Avenue Holdings LLC | Other | $ | (36,000.00) |
| 10/31/2024 | Tony’s refrigeration technology | Supplier or Vendor | $ | (2,216.87) |
| 10/31/2024 | Wwex | Supplier or Vendor | $ | (3,080.21) |
| 11/1/2024 | Bel Air Internet, LLC | Supplier or Vendor | $ | (1,150.00) |
| 11/1/2024 | Cassy Huang | Supplier or Vendor | $ | (772.47) |
| 11/1/2024 | City Of Torrance | Other | $ | (732.20) |
| 11/1/2024 | Clearmind Technology, Inc. | Supplier or Vendor | $ | (5,025.82) |
| 11/1/2024 | Dogo Pet Fashions | Supplier or Vendor | $ | (1,212.50) |
| 11/1/2024 | EcoPawz | Supplier or Vendor | $ | (1,855.18) |
| 11/1/2024 | Evermore Pet Food, Inc | Supplier or Vendor | $ | (1,528.00) |
| 11/1/2024 | Giammarco & Associates, Inc | Services | $ | (1,500.00) |
| 11/1/2024 | Huxley & Kent | Supplier or Vendor | $ | (12,553.68) |
| 11/1/2024 | Independent Pet Supply | Supplier or Vendor | $ | (4,927.41) |
| 11/1/2024 | Industrious Office | Other | $ | (3,134.60) |
| 11/1/2024 | Jacey Binder | Supplier or Vendor | $ | (291.38) |
| 11/1/2024 | Jenny Johnson | Supplier or Vendor | $ | (478.92) |
| 11/1/2024 | K Sport Sack | Supplier or Vendor | $ | (2,497.56) |
| 11/1/2024 | Krista Carlson | Supplier or Vendor | $ | (3,840.00) |
| 11/1/2024 | Petals Poured Candles | Supplier or Vendor | $ | (156.00) |
| 11/1/2024 | Primal Pet Foods | Supplier or Vendor | $ | (23,543.52) |
| 11/1/2024 | Prime Graphix Inc. | Supplier or Vendor | $ | (3,781.00) |
| 11/1/2024 | Radius | Supplier or Vendor | $ | (1,012.44) |
| 11/1/2024 | Raw Advantage Processing | Supplier or Vendor | $ | (19,515.00) |
| 11/1/2024 | Umland LLC | Supplier or Vendor | $ | (6,371.25) |

| | | | | |
|---|---|---|---|---|
| 11/1/2024 | Wildebeest | Supplier or Vendor | $ | (1,998.01) |
| 11/1/2024 | WPG Interactive Media LLC | Supplier or Vendor | $ | (3,993.40) |
| 11/1/2024 | Ziply Network Inc. | Supplier or Vendor | $ | (579.00) |
| 11/1/2024 | Ziwipeak | Supplier or Vendor | $ | (41,603.17) |
| 11/4/2024 | Allen C. Dennis | Other | $ | (20,925.04) |
| 11/4/2024 | American Commercial Equities Three, LLC | Other | $ | (31,750.21) |
| 11/4/2024 | Amex | Other | $ | (15,000.00) |
| 11/4/2024 | Beverly Properties LLC | Other | $ | (27,500.00) |
| 11/4/2024 | E COL Properties LLC | Other | $ | (12,694.00) |
| 11/4/2024 | East of June, LLC | Other | $ | (18,245.96) |
| 11/4/2024 | Essex Portfolio, L.P. | Other | $ | (6,828.84) |
| 11/4/2024 | Hanover | Other | $ | (17,292.30) |
| 11/4/2024 | Hanover | Other | $ | (945.17) |
| 11/4/2024 | Instafunding | Loan Payment | $ | (12,946.43) |
| 11/4/2024 | KB Properties | Other | $ | (6,400.00) |
| 11/4/2024 | Koenig Family Properties | Other | $ | (32,061.00) |
| 11/4/2024 | MSQ, LLC | Other | $ | (30,505.41) |
| 11/4/2024 | One Thousand Grand Avenue Holdings LLC | Other | $ | (18,000.00) |
| 11/4/2024 | Radbert Chin & Diana Chin | Other | $ | (7,848.92) |
| 11/4/2024 | Sepulveda Blvd. Properties, LLC | Other | $ | (9,120.22) |
| 11/4/2024 | Silver Ridge Plaza | Other | $ | (13,086.78) |
| 11/4/2024 | ACH Capital West | Loan Payment | $ | (103,571.42) |
| 11/4/2024 | ACH Capital West | Loan Payment | $ | (13,307.58) |
| 11/4/2024 | Village at Westfield Topanga | Other | $ | (26,472.50) |
| 11/4/2024 | W th LLC | Other | $ | (42,225.54) |
| 11/4/2024 | Walnut Square Center LP | Other | $ | (7,342.07) |
| 11/5/2024 | So Cal Edison | Other | $ | (1,818.91) |
| 11/6/2024 | Amex | Other | $ | (10,000.00) |
| 11/6/2024 | MyTime | Supplier or Vendor | $ | (618.75) |
| 11/6/2024 | One Thousand Grand Avenue Holdings LLC | Other | $ | (497.52) |
| 11/7/2024 | Adt | Supplier or Vendor | $ | (59.00) |
| 11/7/2024 | Wwex | Supplier or Vendor | $ | (1,430.66) |
| 11/8/2024 | Newco | Supplier or Vendor | $ | (112,651.63) |
| 11/8/2024 | Newco | Supplier or Vendor | $ | (57,740.23) |
| 11/12/2024 | Adt | Supplier or Vendor | $ | (119.37) |
| 11/12/2024 | Adt | Supplier or Vendor | $ | (59.00) |
| 11/12/2024 | Adt | Supplier or Vendor | $ | (51.99) |
| 11/12/2024 | Amex | Other | $ | (15,000.00) |
| 11/12/2024 | Amex | Other | $ | (5,000.00) |
| 11/12/2024 | Cintas Corporation | Supplier or Vendor | $ | (33,370.12) |
| 11/12/2024 | GF Pet | Supplier or Vendor | $ | (14,440.30) |
| 11/12/2024 | Instafunding | Loan Payment | $ | (69,910.71) |
| 11/12/2024 | Instafunding | Loan Payment | $ | (12,946.43) |
| 11/12/2024 | Moment Screen Printing | Supplier or Vendor | $ | (3,383.00) |
| 11/12/2024 | Pure Dog Food | Supplier or Vendor | $ | (7,809.15) |
| 11/12/2024 | So Cal Gas | Other | $ | (16.81) |
| 11/12/2024 | Tmobile | Supplier or Vendor | $ | (625.93) |
| 11/12/2024 | ACH Capital West | Loan Payment | $ | (103,571.42) |

| | | | | |
|---|---|---|---|---|
| 11/12/2024 | ACH Capital West | Loan Payment | $ | (13,307.58) |
| 11/13/2024 | Accutancy Solutions LLC | Services | $ | (1,200.00) |
| 11/13/2024 | ADP, Inc | Supplier or Vendor | $ | (6,654.32) |
| 11/13/2024 | Clearmind Technology, Inc. | Supplier or Vendor | $ | (3,400.84) |
| 11/13/2024 | CSA Capital | Services | $ | (30,012.50) |
| 11/13/2024 | Fdm Business Development | Supplier or Vendor | $ | (6,288.66) |
| 11/13/2024 | Ipfs | Supplier or Vendor | $ | (4,850.67) |
| 11/13/2024 | K Grillz | Supplier or Vendor | $ | (25,964.00) |
| 11/13/2024 | Pet Food Experts | Supplier or Vendor | $ | (24,996.99) |
| 11/14/2024 | Amex | Other | $ | (10,000.00) |
| 11/14/2024 | Canada Pooch | Supplier or Vendor | $ | (331.56) |
| 11/14/2024 | Fish Window Cleaning - Costa Mesa | Supplier or Vendor | $ | (62.00) |
| 11/14/2024 | Fortis LLP | Services | $ | (862.50) |
| 11/14/2024 | Found My Animal | Supplier or Vendor | $ | (1,103.77) |
| 11/14/2024 | GF Pet | Supplier or Vendor | $ | (11,616.00) |
| 11/14/2024 | Natural Dog Company | Supplier or Vendor | $ | (1,026.57) |
| 11/14/2024 | Newco | Supplier or Vendor | $ | (56,134.84) |
| 11/14/2024 | Newco | Supplier or Vendor | $ | (49,889.57) |
| 11/14/2024 | Newco | Supplier or Vendor | $ | (56,134.84) |
| 11/14/2024 | Pure Dog Food | Supplier or Vendor | $ | (3,957.90) |
| 11/14/2024 | Sage Law Partners | Services | $ | (351.62) |
| 11/14/2024 | Site Reach Inc. | Supplier or Vendor | $ | (20,000.00) |
| 11/14/2024 | Springer | Supplier or Vendor | $ | (2,389.32) |
| 11/14/2024 | Us Bank | Other | $ | (15,000.00) |
| 11/14/2024 | Wwex | Supplier or Vendor | $ | (3,142.62) |
| 11/15/2024 | Us Bank | Other | $ | (10,000.00) |
| 11/15/2024 | Us Bank | Other | $ | (1,505.85) |
| 11/18/2024 | Amex | Other | $ | (10,000.00) |
| 11/18/2024 | Athens | Supplier or Vendor | $ | (814.82) |
| 11/18/2024 | Ready Refresh | Supplier or Vendor | $ | (1,169.78) |
| 11/18/2024 | Shany Bloch | Supplier or Vendor | $ | (541.45) |
| 11/19/2024 | Amex | Other | $ | (15,000.00) |
| 11/19/2024 | Newco | Supplier or Vendor | $ | (21,528.82) |
| 11/19/2024 | Newco | Supplier or Vendor | $ | (21,528.82) |
| 11/20/2024 | Isuzu Finance | Other | $ | (1,316.03) |
| 11/20/2024 | Levene, Neale, Bender, Yoo & Golubchik L.L.P Pfs Account | Services | $ | (12,500.00) |
| 11/21/2024 | Adt | Supplier or Vendor | $ | (448.36) |
| 11/21/2024 | Newco | Supplier or Vendor | $ | (27,821.17) |
| 11/21/2024 | Wwex | Supplier or Vendor | $ | (2,568.05) |
| 11/22/2024 | Animal Supply Company | Supplier or Vendor | $ | (4,925.66) |
| 11/22/2024 | Artvark Pet Products | Supplier or Vendor | $ | (4,398.00) |
| 11/22/2024 | Auburn Leathercrafters | Supplier or Vendor | $ | (1,218.90) |
| 11/22/2024 | Bai Connect | Supplier or Vendor | $ | (775.00) |
| 11/22/2024 | Chase | Other | $ | (15.00) |
| 11/22/2024 | Justine Silva | Supplier or Vendor | $ | (22.05) |
| 11/22/2024 | Odecloud Inc. | Supplier or Vendor | $ | (6,075.00) |
| 11/22/2024 | Pet Food Experts | Supplier or Vendor | $ | (37,562.67) |
| 11/22/2024 | Phillips Pet Food Supplies | Supplier or Vendor | $ | (11,497.20) |

| | | | | |
|---|---|---|---|---|
| 11/25/2024 | Adt | Supplier or Vendor | $ | (59.00) |
| 11/25/2024 | Kaiser Permanente | Supplier or Vendor | $ | (74,318.79) |
| 11/25/2024 | Newco | Supplier or Vendor | $ | (85,453.08) |
| 11/25/2024 | Newco | Supplier or Vendor | $ | (50,000.00) |
| 11/26/2024 | K Grillz | Supplier or Vendor | $ | (35,333.20) |
| 11/26/2024 | Pet Food Experts | Supplier or Vendor | $ | (23,772.17) |
| 11/27/2024 | Bay Alarm | Supplier or Vendor | $ | (454.47) |
| 11/27/2024 | Quality Material Handling, Inc. | Supplier or Vendor | $ | (4,923.41) |
| 11/29/2024 | Accutancy Solutions LLC | Services | $ | (200.00) |
| 11/29/2024 | American City Pest & Termite | Supplier or Vendor | $ | (1,678.00) |
| 11/29/2024 | Animal Supply Company | Supplier or Vendor | $ | (1,539.11) |
| 11/29/2024 | California Fire Protection Inc | Other | $ | (155.00) |
| 11/29/2024 | Dog E Lites Inc. | Supplier or Vendor | $ | (661.84) |
| 11/29/2024 | EcoPawz | Supplier or Vendor | $ | (3,563.83) |
| 11/29/2024 | Evermore Pet Food, Inc | Supplier or Vendor | $ | (1,972.00) |
| 11/29/2024 | Fisher & Phillips LLP | Supplier or Vendor | $ | (2,915.00) |
| 11/29/2024 | Fisher & Phillips LLP | Supplier or Vendor | $ | (520.00) |
| 11/29/2024 | Fisher & Phillips LLP | Supplier or Vendor | $ | (170.00) |
| 11/29/2024 | Fisher & Phillips LLP | Supplier or Vendor | $ | (123.00) |
| 11/29/2024 | Gonzalez & Sons | Supplier or Vendor | $ | (790.00) |
| 11/29/2024 | Hevea | Supplier or Vendor | $ | (180.60) |
| 11/29/2024 | Manuka Vet | Supplier or Vendor | $ | (4,528.21) |
| 11/29/2024 | My Time | Supplier or Vendor | $ | (6,815.55) |
| 11/29/2024 | Newco | Supplier or Vendor | $ | (43,826.06) |
| 11/29/2024 | Phillips Pet Food Supplies | Supplier or Vendor | $ | (1,393.97) |
| 11/29/2024 | Piecemakers | Supplier or Vendor | $ | (450.00) |
| 11/29/2024 | Pure Dog Food | Supplier or Vendor | $ | (4,977.00) |
| 11/29/2024 | ROAM | Supplier or Vendor | $ | (2,979.20) |
| 11/29/2024 | Shameless Pets Inc | Supplier or Vendor | $ | (3,166.80) |
| 11/29/2024 | The Foggy Dog | Supplier or Vendor | $ | (5,528.00) |
| 11/29/2024 | Wwex | Supplier or Vendor | $ | (4,082.42) |
| 12/2/2024 | CA Dept of Tax | Other | $ | (223,415.12) |
| 12/2/2024 | Industrious Office | Other | $ | (3,134.60) |
| 12/2/2024 | Newco | Supplier or Vendor | $ | (75,000.00) |
| 12/2/2024 | Newco | Supplier or Vendor | $ | (63,907.87) |
| 12/2/2024 | Newco | Supplier or Vendor | $ | (55,213.68) |
| 12/2/2024 | Newco | Supplier or Vendor | $ | (75,000.00) |
| 12/2/2024 | Newco | Supplier or Vendor | $ | (63,907.87) |
| 12/2/2024 | Tax Levy | Other | $ | (18,208.02) |
| 12/3/2024 | WEX | Supplier or Vendor | $ | (2,829.64) |
| 12/4/2024 | Clearmind Technology, Inc. | Supplier or Vendor | $ | (20,705.72) |
| 12/4/2024 | Levene, Neale, Bender, Yoo & Golubchik L.L.P PFS Accoun | Services | $ | (12,500.00) |
| 12/4/2024 | Pet Food Experts | Supplier or Vendor | $ | (36,134.99) |
| 12/4/2024 | Pet Food Experts | Supplier or Vendor | $ | (1,189.86) |
| 12/4/2024 | So Call Edison | Other | $ | (1,695.38) |
| 12/5/2024 | Cypress Dental | Supplier or Vendor | $ | (5,154.25) |
| 12/5/2024 | Newco | Supplier or Vendor | $ | (55,213.68) |
| 12/5/2024 | Wwex | Supplier or Vendor | $ | (1,867.01) |

| | | | | |
|---|---|---|---|---|
| 12/6/2024 | City Of Torrance | Other | $ | (151.37) |
| 12/6/2024 | CSA Capital | Services | $ | (16,537.50) |
| 12/6/2024 | CSA Capital | Services | $ | (25,000.00) |
| 12/6/2024 | Levene, Neale, Bender, Yoo & Golubchik L.L.P Pfs Account | Services | $ | (25,000.00) |
| 12/9/2024 | Adt | Supplier or Vendor | $ | (51.99) |
| 12/9/2024 | WEX | Supplier or Vendor | $ | (14,476.69) |
| 12/10/2024 | Adt | Supplier or Vendor | $ | (119.37) |
| 12/10/2024 | Instafunding | Loan Payment | $ | (10,000.00) |
| 12/10/2024 | Instafunding | Loan Payment | $ | (5,000.00) |

4.1 **Payments or transfers to an insider within 1 year before petition date for all prperty**

| Date | Name | Amount | Reason |
|---|---|---|---|
| 12/14/2023 | 188906 AKMB, LLC | $ (5,822.27) | Salary Compensation |
| 1/2/2024 | 189301 MB Capital Management, LLC | $ (22,302.72) | Salary Compensation |
| 1/2/2024 | 188893 AK Capital Management, LLC | $ (24,161.28) | Salary Compensation |
| 2/1/2024 | 189301 MB Capital Management, LLC | $ (24,161.28) | Salary Compensation |
| 2/1/2024 | 188906 AKMB, LLC | $ (5,765.39) | Salary Compensation |
| 2/1/2024 | 188893 AK Capital Management, LLC | $ (12,000.00) | Salary Compensation |
| 2/20/2024 | 188893 AK Capital Management, LLC | $ (24,161.28) | Salary Compensation |
| 4/1/2024 | 189301 MB Capital Management, LLC | $ (30,201.60) | Salary Compensation |
| 4/30/2024 | 189301 MB Capital Management, LLC | $ (30,201.60) | Salary Compensation |
| 5/14/2024 | 189301 MB Capital Management, LLC | $ (30,201.60) | Salary Compensation |
| 6/3/2024 | 189301 MB Capital Management, LLC | $ (30,201.60) | Salary Compensation |
| 7/1/2024 | 189301 MB Capital Management, LLC | $ (30,201.60) | Salary Compensation |
| 7/18/2024 | 188906 AKMB, LLC | $ (6,734.85) | Salary Compensation |
| 7/19/2024 | 189301 MB Capital Management, LLC | $ (11,530.47) | Salary Compensation |
| 8/1/2024 | 188893 AK Capital Management, LLC | $ (11,663.91) | Salary Compensation |
| 8/2/2024 | 189301 MB Capital Management, LLC | $ (30,201.60) | Salary Compensation |
| 8/8/2024 | 189301 MB Capital Management, LLC | $ (4,480.00) | Expense Reimbursement-Health Insurance and Cell Phone |
| 8/22/2024 | 189301 MB Capital Management, LLC | $ (30,201.60) | Salary Compensation |
| 9/6/2024 | 189301 MB Capital Management, LLC | $ (30,201.60) | Salary Compensation |
| 10/1/2024 | 189301 MB Capital Management, LLC | $ (30,201.60) | Salary Compensation |
| 10/3/2024 | 189301 MB Capital Management, LLC | $ (11,938.28) | Salary Compensation |
| 11/1/2024 | 189301 MB Capital Management, LLC | $ (2,977.71) | Expense Reimbursement-Health Insurance and Cell Phone |
| 11/1/2024 | 189301 MB Capital Management, LLC | $ (30,201.60) | Salary Compensation |
| 12/3/2024 | 189301 MB Capital Management, LLC | $ (30,201.60) | Salary Compensation |
| 12/6/2024 | 189301 MB Capital Management, LLC | $ (2,990.70) | Expense Reimbursement-Health Insurance and Cell Phone |
| 12/6/2024 | 189301 MB Capital Management, LLC | $ (9,854.36) | Salary Compensation |
| | Total | $ (512,762.10) | |

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **See attached** | | | **$3,665.00** |
| | **Recipients relationship to debtor** | | | |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **See attached** | | | **$237,617.75** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

## 9.1 Charitable Contributions

| Company | Charitable Amount | |
|---|---|---|
| 189731 Dachshund Rescue of Los Angeles | $ | 5 |
| 189862 Delaney's Dog Rescue | $ | 5 |
| 189949 Marley's Pit Stop Rescue | $ | 10 |
| 251447 Berkeley Humane | $ | 45 |
| 251455 Muttville Senior Dog Rescue | $ | 822 |
| 251485 Rocket Dog Rescue | $ | 60 |
| 251531 San Francisco LGBT Center | $ | 5 |
| 251667 Roadogs & Rescue | $ | 15 |
| 251814 Love Leo Rescue | $ | 30 |
| 251858 Deity Animal Rescue | $ | 10 |
| 251859 Grateful Dogs Rescue | $ | 15 |
| 251877 Paws of L.A. Rescue | $ | 20 |
| 251896 Peace of Mind Dog Rescue | $ | 190 |
| 251938 Animal Friends Rescue Project | $ | 15 |
| 251965 NorCal Sled Dog Rescue | $ | 530 |
| 251992 A Purposeful Rescue | $ | 10 |
| 336 L.A. Love and Leashes | $ | 215 |
| 368 Forte Animal Rescue | $ | 10 |
| 608 Southern California Pomeranian Rescue | $ | 10 |
| Cory Noble | $ | 125 |
| Elicia McCoy | $ | 520 |
| Jessica Wabuda | $ | 310 |
| Reva Choi | $ | 607 |
| Voenicia Caddo | $ | 82 |
| | $ | 3,665 |

**Part 6**

**11.1: Payments related to bankruptcy**

| Date | Name | | Amount |
|---|---|---|---|
| 12/22/2023 | 251578 Force 10 Partners | $ | (4,205.50) |
| 2/1/2024 | 251578 Force 10 Partners | $ | (23,849.53) |
| 3/14/2024 | 251578 Force 10 Partners | $ | (37,548.44) |
| 3/28/2024 | 251578 Force 10 Partners | $ | (18,039.31) |
| 4/26/2024 | 251578 Force 10 Partners | $ | (24,458.17) |
| 6/17/2024 | 251578 Force 10 Partners | $ | (14,331.84) |
| 7/3/2024 | 251578 Force 10 Partners | $ | (33,643.82) |
| 7/25/2024 | 251578 Force 10 Partners | $ | (18,758.69) |
| 8/26/2024 | 251578 Force 10 Partners | $ | (4,703.51) |
| 10/11/2024 | 251578 Force 10 Partners | $ | (8,078.94) |
| 11/19/2025 | 252018 Levene, Neale, Bender, Yoo & Golubchik L.L.P PFS Account | $ | (12,500.00) |
| 12/4/2024 | 252018 Levene, Neale, Bender, Yoo & Golubchik L.L.P PFS Account | $ | (12,500.00) |
| 12/4/2024 | 252018 Levene, Neale, Bender, Yoo & Golubchik L.L.P PFS Account | $ | (25,000.00) |

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1864 N. Vermont Avenue**<br>**Los Angeles, CA 90027** | **June 2018 to February 2023** |
| 14.2. | **1800 Santa Monica Boulevard**<br>**Santa Monica, CA 90404** | **November 2017 to March 2023** |
| 14.3. | **6200 W. Hollywood Blvd**<br>**Los Angeles, CA 90028** | **August 2019 to August 2023** |
| 14.4. | **6089 Bristol Parkway**<br>**Culver City, CA 90230** | **March 2017 to August 2023** |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, address, email, phone, credit card**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Moss Adams LLP**<br>**222 North Pacific Coast Highway, Suite 1**<br>**El Segundo, CA 90245** | **2020 to 2022** |

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.2. | **Morris and Kim, LLP**<br>**4100 Newport Pl 530**<br>**Newport Beach, CA 92660** | **2015 to current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor **Healthy Spot Operating LLC** Case number *(if known)* **2:24-bk-20065-DS**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Mark Boonnark**<br>**1831 W 208 Street**<br>**Torrance, CA 90501** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Boonnark** | | **LLC Manager and CEO** | |
| **Andrew Kim** | | **LLC Manager** | |
| **Healthy Spot Holdings LLC** | | **Parent Company** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Andrew Kim** | **977 Regal Bluff Drive**<br>**Henderson, NV 89052** | **Officer/Equity Holder** | **2008 to 2023** |
| **Sagent Group LLC** | **1100 Bellevue Way NE**<br>**Bellevue, WA 98004** | **Board Member** | **2023** |

Debtor **Healthy Spot Operating LLC** Case number *(if known)* **2:24-bk-20065-DS**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Oaktree Capital Management** | **333 South Grand Avenue, 28th Floor Los Angeles, CA 90071** | **Board Member** | **2023 to 2024** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **MB Capital Management LLC/Mark Boonnark 1831 W 208 Street Torrance, CA 90501** | **$422,453** | **Various** | **Salary** |
| | Relationship to debtor: **CEO/Equity Holder** | | | |
| 30.2. | **AK Capital Management LLC / Andrew Kim 977 Regal Bluff Drive Henderson, NV 89052** | **$90,308** | **Various** | **Salary** |
| | Relationship to debtor: **Equity Holder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 23, 2025**

Signature of individual signing on behalf of the debtor

**Mark Boonnark**
Printed name

Position or relationship to debtor **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes