DAVID L. NEALE (SBN 141225)
DANIEL H. REISS (SBN 150573)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyg.com; dhr@lnbyg.com
Attorneys for Debtor and Debtor in Possession

FILED & ENTERED

MAR 26 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HEALTHY SPOT OPERATING, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:24-bk-20065-DS<br><br>Chapter 11 Case<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ORDER TO REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**<br><br>Date: March 25, 2025<br>Time: 1:00 p.m.<br>Place: Courtroom 1639 (Via ZoomGov)<br>255 East Temple Street<br>Los Angeles, CA 90012 |

A hearing was held at the above time and place on the "Debtor's Motion for Order to Reject Unexpired Leases of Nonresidential Real Property" (the "Motion," Docket No. 109)[1] filed by Healthy Spot Operating LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"). Appearances were noted on the record. The court having considered the Motion, the evidence submitted in support of the Motion, the "Supplemental Declaration of Mark Boonnark in Support of Debtor's Motion for Order to Reject Unexpired Leases of Nonresidential Real Property" (Docket No. 123), the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record at the hearing,

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

IT IS HEREBY ORDERED that the Motion is granted. The Debtor is authorized to reject the Leases, and such rejections are deemed effective as follows (each, a "Rejection Date"):

| **Landlord** | **Real Property Address** | **Rejection Date** |
|---|---|---|
| 8126 Beverly Properties | 8126 Beverly Blvd., Los Angeles CA 90048 | March 14, 2025 |
| Essex Portfolio, L.P. | 1200 4th St., Suite F, San Francisco CA 94158 | March 24, 2025 |

IT IS FURTHER ORDERED that the Debtor is authorized to abandon all fixtures, fittings, furniture, and/or other personal property located at the premises associated with each Lease, and such abandonment is deemed effective as of the respective Rejection Date of each Lease.

###

Date: March 26, 2025

Deborah J. Saltzman
United States Bankruptcy Judge