DANIEL H. REISS (SBN 150573)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dhr@lnbyg.com
Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HEALTHY SPOT OPERATING, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:24-bk-20065-DS<br><br>Chapter 11 Case<br><br>**SECOND SUPPLEMENTAL DECLARATION OF MARK BOONNARK IN SUPPORT OF DEBTOR'S MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES [DKT. NO. 146]**<br><br>Date: July 3, 2025<br>Time: 1:00 p.m.<br>Place: Courtroom 1639<br>255 East Temple Street<br>Los Angeles, CA 90012 |

I, Mark Boonnark, declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I serve as the chief executive officer of Healthy Spot Operating, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"). I have personal knowledge of the facts set forth herein, and, if called as a witness, I would testify competently with respect thereto.

3. I have reviewed and am familiar with and am knowledgeable about the books and records of Debtor, which books and records are made in the regular practice of business, kept in the regular course of business, made by a person with knowledge of the events and information related thereto, and made at or near the time of events and information recorded. I make this declaration in further support of Debtor's Motion for Order Extending Time to Assume or Reject Unexpired Nonresidential Real Property Leases [Dkt. No. 146] (the "Motion"). Unless otherwise indicated, the capitalized terms herein shall have the same meaning herein as in the Motion.

4. In my prior supplemental declaration filed on July 3, 2025 [Dkt. No. 164], I provided this Court with letters from certain of the Landlords consenting to the relief requested in the Motion, and also indicated that certain further written consents were to be provided that were to be subject to the extension of time sought in the Motion. The below table indicates those consents previously provided and those additional written consents received since my July 3, 2025 declaration, which are annexed hereto as **Exhibit A**. In addition, certain consents will not be forthcoming for reasons set forth in below table.

///

///

///

| Landlord | Lease Premises | Written Consent Submitted with July 3, 2025 Suppl. Declaration | Written Consent Received After July 3, 2025 Suppl. Declaration |
|---|---|---|---|
| 614 E. Col Properties | Pasadena Store Lease - 614 E Colorado Blvd Pasadena CA 91101 | | Yes |
| 8525 Santa Monica Blvd LLC | West Hollywood Store Lease - 8525 Santa Monica Blvd West Hollywood CA 90069 | | Will not be receiving consent and no lease shall be assumed as Debtor is operating under a month-to-month arrangement. |
| Allen C. Dennis Trustee | Studio City Store Lease - 12205 Ventura Blvd Studio City CA 91604 | Yes | |
| American Commercial Equities Three | Cost Mesa Store Lease - 1880 Newport Blvd Costa Mesa CA 92627 | Yes | |
| Melrose Hudson Holding Co. (FKA East of June LLC) | Hancock Park Store Lease - 6063 Melrose Ave Los Angeles CA 90038 | | Yes |
| Industrious LS Hughes District LLC | Coworking Office Lease - 6060 Center Drive, Floor 10 Suite 39 Los Angeles, CA 90045 | | Will not be receiving consent consent and no lease shall be assumed as pre-petition lease has expired. |
| KB Properties | Rockridge Store Lease - 3206 College Avenue Berkeley CA 94705 | Yes | |
| Koenig Family Properties LLC | Santa Monica Store Lease - 1110 Wilshire Blvd Santa Monica CA 90401 | Yes | |

| | | | |
|---|---|---|---|
| Mamo LBMP Investors I LLC | Long Beach Store Lease - 6433 E Pacific Coast Hwy Unit A-5 Long Beach CA 90803 | Yes | |
| Michael Quagletti Trust | Warehouse Lease - 1831 W. 208TH ST. TORRANCE, CA 90501 | Yes | |
| MSQ LLC | Marina del Rey Store Lease - 4718 Lincoln Blvd Marina del Rey CA 90292 | | Yes |
| Radbert and Diana Chin | Carmel Store Lease - 26200 Carmel Rancho Blvd Carmel CA 93923 | Yes | |
| Runway Owners LLC | Playa Vista Store Lease - 12746 Jefferson Blvd Ste 2130 Los Angeles CA 90094 | | Yes |
| Silver Ridge Plaza | Silverlake Store Lease - 2550 Glendale Blvd Los Angeles CA 90039 | Yes | |
| Walnut Square Center LP | North Berkeley Store Lease - 1510 Walnut St Ste A Berkeley CA 94709 | | Yes |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July, 2025 in Los Angeles, California.

______________________________
MARK BOONNARK

# EXHIBIT "A"

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

June 4, 2025

Leasing Office
614 E. Col Properties
2834 W. Imperial Hwy
Inglewood CA 90303

RE: Healthy Spot Operating, LLC – Premises located at 614 E. Colorado Blvd., Pasadena CA 91101

Dear Landlord:

With this letter is a Motion filed with the United States Bankruptcy Court for the entry of an order extending the deadline for the Debtor to assume or reject its nonresidential real property leases listed on **Exhibit A** to the Motion (the "Leases") for ninety (90) days from the current deadline of July 8, 2025 through and including October 6, 2025. You are a landlord with respect to referenced premises. Please sign below, indicating your consent to the requested extension of time. Thank you.

Very truly yours,

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

DANIEL H. REISS

614 E. Col Properties' agreement to the requested extension of the deadline for Debtor to assume or reject its nonresidential real property lease at 614 E Colorado Blvd, Pasadena CA 91101 does not constitute any waiver of 614 E. Col Properties' rights with respect to this case, nor consent to any subsequent extensions, beyond the agreed-upon extension from the current deadline of July 8, 2025, to the proposed deadline of October 6, 2025. All rights reserved.

614 E. Col Properties

By:
Arash Danialifar, Manager

6230680.2

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

June 9, 2025

Melrose Hudson Holding Company, LLC
2101 E El Segundo Blvd Suite 205
El Segundo, CA 90245

RE: Healthy Spot Operating, LLC – Premises located at 6063 Melrose Ave Los Angeles CA 90038

Dear Landlord:

With this letter is a Motion filed with the United States Bankruptcy Court for the entry of an order extending the deadline for the Debtor to assume or reject its nonresidential real property leases listed on **Exhibit A** to the Motion (the "Leases") for ninety (90) days from the current deadline of July 8, 2025 through and including October 6, 2025. You are a landlord with respect to referenced premises. Please sign below, indicating your consent to the requested extension of time. Thank you.

Very truly yours,

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

DANIEL H. REISS

Melrose Hudson Holding Company, LLC

By: Bolour Associates, Inc., a California corporation, its Manager

By: ______________________
Omid Bolour, President

DANIEL H. REISS ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM DIRECT: 310.229.3338
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

June 9, 2025

MSQ LLC
13160 Mindanao Way
Marina del Rey, CA 90292

RE: Healthy Spot Operating, LLC – Premises located at 4718 Lincoln Blvd Marina del Rey CA 90292

Dear Landlord:

With this letter is a Motion filed with the United States Bankruptcy Court for the entry of an order extending the deadline for the Debtor to assume or reject its nonresidential real property leases listed on **Exhibit A** to the Motion for ninety (90) days from the current deadline of July 8, 2025 through and including October 6, 2025. You are a landlord with respect to referenced premises. Please sign below, indicating your consent to the requested extension of time. Thank you.

Very truly yours,

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

DANIEL H. REISS

MSQ LLC

By: 7/2/25
RON AZAD, EXECUTIVE VICE PRESIDENT
AND AUTHORIZED REPRESENTATIVE
Its: ______________________

DANIEL H. REISS ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM DIRECT: 310.229.3338
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

June 9, 2025

Runway Owner LLC
12775 W Millenium Suite 165
Playa Vista, CA 90094

RE: Healthy Spot Operating, LLC – Premises located at - 12746 Jefferson Blvd., Ste 2130, Los Angeles CA 90094

Dear Landlord:

With this letter is a Motion filed with the United States Bankruptcy Court for the entry of an order extending the deadline for the Debtor to assume or reject its nonresidential real property leases listed on **Exhibit A** to the Motion for ninety (90) days from the current deadline of July 8, 2025 through and including October 6, 2025. You are a landlord with respect to referenced premises. Please sign below, indicating your consent to the requested extension of time. Thank you.

Very truly yours,

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

DANIEL H. REISS

Runway Owner LLC

By: ______________________________

Its: Vice President & Assistant Secretary

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

June 9, 2025

Walnut Square Center LP
468 Green St.
San Francisco CA 94133

RE: Healthy Spot Operating, LLC – Premises located at 1510 Walnut St. Ste A, Berkeley, CA 94709

Dear Landlord:

With this letter is a Motion filed with the United States Bankruptcy Court for the entry of an order extending the deadline for the Debtor to assume or reject its nonresidential real property leases listed on **Exhibit A** to the Motion for ninety (90) days from the current deadline of July 8, 2025 through and including October 6, 2025. You are a landlord with respect to referenced premises. Please sign below, indicating your consent to the requested extension of time. Thank you.

Very truly yours,

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

DANIEL H. REISS

Walnut Square Center LP

By: ______________________________

Its: MANAGING PARTNER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **SECOND SUPPLEMENTAL DECLARATION OF MARK BOONNARK IN SUPPORT OF DEBTOR'S MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES [DKT. NO. 146]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 25, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jonathan Arias bknotices@zwickerpc.com
- Jamie Altman Buggy jbuggy@harvestllp.com, jkeatingwolk@harvestllp.com,atenreiro@harvestllp.com
- Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- Ivo Keller ikeller@sflaw.com, calendar@sflaw.com
- Sweeney Kelly kelly@ksgklaw.com
- Elizabeth S Lynch blynch@chinnery.com
- Noreen A Madoyan Noreen.Madoyan@usdoj.gov
- Stephen Malkiewicz stephen.malkiewicz@cintas.com
- Jean Pierre Nogues jpn@msk.com
- Dean G Rallis drallis@hahnlawyers.com, jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com;crogers@hahnlawyers.com;acastillo@hahnlawyers.com
- Abe G Salen asalen@wzllp.com, kmartin@wzllp.com,ddouglas@wzllp.com,akaderbarek@wzllp.com
- Daren M Schlecter daren@schlecterlaw.com, assistant@schlecterlaw.com
- Gary A Starre gastarre@gmail.com, mmoonniiee@gmail.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **July 25, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 25, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 25, 2025 | D. Woo | */s/ D. Woo* |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |