DANIEL H. REISS (SBN 150573)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dhr@lnbyg.com
Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:24-bk-20065-DS |
| HEALTHY SPOT OPERATING, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **SUPPLEMENTAL DECLARATION OF MARK BOONNARK RE SUBMISSION OF AMENDMENT TO PURCHASE AND SALE AGREEMENT AND MODIFICATION OF FORM OF ORDER RE DEBTOR'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (2) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES; AND (3) RELATED RELIEF** |
| | Date: July 29, 2025<br>Time: 1:00 p.m.<br>Place: Courtroom 1639<br>255 East Temple Street<br>Los Angeles, CA 90012 |

I, Mark Boonnark, declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I serve as the chief executive officer of Healthy Spot Operating, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"). I have personal knowledge of the facts set forth herein, and, if called as a witness, I would testify competently with respect thereto.

3. I have reviewed and am familiar with and am knowledgeable about the books and records of Debtor, which books and records are made in the regular practice of business, kept in the regular course of business, made by a person with knowledge of the events and information related thereto, and made at or near the time of events and information recorded.

4. I make this supplemental declaration in further support of Debtor's *Motion for Order: (1) Authorizing Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (2) Authorizing Assumption and Assignment of Certain Leases; and (3) Related Relief* [Dkt. No. 171] (the "Sale Motion"). Unless otherwise indicated, the capitalized terms herein shall have the same meaning herein as in the Sale Motion.

5. The parties to the Stalking Horse Purchase Agreement have agreed to add the following language to the end of paragraph 7 on page 3 of the Sale Order annexed to the Sale Motion as Exhibit "B":

> "For the avoidance of doubt, any and all proceeds from the sale of the Purchased Assets, including but not limited to the $950,000 cash portion of the Purchase Price set forth in Section 4.1 of the Stalking Horse Purchase Agreement, shall be free and clear of any lien, claim or encumbrance of Buyer by virtue of its secured claim or otherwise; provided however, that Buyer has the right to file a claim against the estate for amounts due relating to inventory delivered by Buyer to the Debtor on consignment prior to the close of the Sale."

6. Annexed hereto as **Exhibit E** is that certain First Amendment To Asset Purchase Agreement entered into on or about July 25, 2025, which shall be an amendment to, and made a part of, the Stalking Horse Purchase Agreement which is annexed to the Sale Motion as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July, 2025 in Los Angeles, California.

MARK BOONNARK

# EXHIBIT "E"

Docusign Envelope ID: 986DF735-FC7E-408C-BA4C-6B5C6F46ECCA

# FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT

THIS FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT (this "***Amendment***"), dated effective as of July 25, 2025 (the "***Effective Date***"), is entered into by and among by and among Pet Pros, LLC, a Washington limited liability company ("***Pet Pros***"), NPM Franchising, LLC, a Washington limited liability company ("***NPM***", and together with Pet Pros, collectively, "***Buyer***"), and Healthy Spot Operating, LLC, a Delaware limited liability company ("***Seller***").

**WHEREAS**, Buyer and Seller entered into an Asset Purchase Agreement (the "***Purchase Agreement***") dated July 10, 2025, pursuant to which Buyer has agreed to acquire and assume from Seller, pursuant to sections 105, 363, and 365 of the Bankruptcy Code, the Purchased Assets (as defined in the Purchase Agreement) and the Assumed Liabilities (as defined in the Purchase Agreement); and

**WHEREAS**, the parties desire to amend the Purchase Agreement on the terms and subject to the conditions set forth herein.

**NOW, THEREFORE**, in consideration of the foregoing and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **Definitions**. Capitalized terms used and not defined in this Amendment have the respective meanings assigned to them in the Purchase Agreement.

2. **Amendments to Purchase Agreement**. The Purchase Agreement is hereby amended and modified as follows:

(a) *Consideration*. Section 4.1(a) of the Purchase Agreement is hereby amended and restated in its entirety as follows: "(a) a credit bid in the amount $2,876,334.20 or such other amount consisting of Buyer's ACH/TVT Claims;".

(b) *Vendor Contracts*. The Vendor Contract listed in Schedule C of the Purchase Agreement described as "Ordering Document dated February 26, 2025, by and between Oracle America, Inc. and Healthy Spot LLC, for that certain Oracle Cloud Crowdtwist Services Agreement v062223." is hereby amended and restated in its entirety as follows:

| | |
|---|---|
| Ordering Document dated February 26, 2025, by and between Oracle America, Inc. and Healthy Spot LLC, for Oracle CrowdTwist Cloud Service, in connection with and in addition to that certain Oracle Cloud Services Agreement v062223. | $0 |

3. **Effect of This Amendment**. Except as expressly provided in this Amendment, all of the terms and provisions of the Purchase Agreement referenced herein are and will remain in full force and effect. On and after the date hereof, each reference in the Purchase Agreement to "this Agreement," "the Agreement," "hereunder," "hereof," "herein" or words of like import, and each reference to the Purchase Agreement in any other agreements, documents, or instruments executed and delivered pursuant to, or in connection with, the Purchase Agreement, will mean and be a reference to the Purchase Agreement as amended by this Amendment.

4. **Miscellaneous**.

(a) *Governing Law; Submission to Jurisdiction; Waiver of Jury Trial*. This Amendment shall be governed by and construed in accordance with Section 12 of the Purchase

Docusign Envelope ID: 986DF735-FC7E-408C-BA4C-6B5C6F46ECCA

Agreement.

(b) *Headings*. The headings in this Amendment are for reference only and shall not affect the interpretation of this Amendment.

(c) *Counterparts*. This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same agreement. A signed copy of this Amendment delivered by facsimile, e-mail, or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Amendment.

[SIGNATURES ON FOLLOWING PAGE]
[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**IN WITNESS WHEREOF**, the parties hereto have caused this Amendment to be executed as of the date first written above by their duly authorized officers or representatives.

**<u>SELLER</u>:**

**HEALTHY SPOT OPERATING, LLC**

By: DocuSigned by: [signature] 4D889A820352452...
Name: Mark Boonnark
Title: CEO

**<u>BUYER</u>:**

**PET PROS, LLC**

By: DocuSigned by: Michael Seitz E93AE27BEC4C444...
Name: Michael Seitz
Title: CEO

**NPM FRANCHISING, LLC**

By: DocuSigned by: Michael Seitz E93AE27BEC4C444...
Name: Michael Seitz
Title: CEO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **SUPPLEMENTAL DECLARATION OF MARK BOONNARK RE SUBMISSION OF AMENDMENT TO PURCHASE AND SALE AGREEMENT AND MODIFICATION OF FORM OF ORDER RE DEBTOR'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (2) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES; AND (3) RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 25, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jonathan Arias bknotices@zwickerpc.com
- Jamie Altman Buggy jbuggy@harvestllp.com, jkeatingwolk@harvestllp.com,atenreiro@harvestllp.com
- Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- Ivo Keller ikeller@sflaw.com, calendar@sflaw.com
- Sweeney Kelly kelly@ksgklaw.com
- Elizabeth S Lynch blynch@chinnery.com
- Noreen A Madoyan Noreen.Madoyan@usdoj.gov
- Stephen Malkiewicz stephen.malkiewicz@cintas.com
- Jean Pierre Nogues jpn@msk.com
- Dean G Rallis drallis@hahnlawyers.com, jevans@hahnlawyers.com;drallis@ecf.courtdrive.com;jevans@ecf.courtdrive.com;crogers@hahnlawyers.com;acastillo@hahnlawyers.com
- Abe G Salen asalen@wzllp.com, kmartin@wzllp.com,ddouglas@wzllp.com,akaderbarek@wzllp.com
- Daren M Schlecter daren@schlecterlaw.com, assistant@schlecterlaw.com
- Gary A Starre gastarre@gmail.com, mmoonniiee@gmail.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **July 25, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 25, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 25, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |