DANIEL H. REISS (SBN 150573)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyg.com; dhr@lnbyg.com
Attorneys for Debtor and Debtor in Possession

FILED & ENTERED

AUG 21 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

HEALTHY SPOT OPERATING, LLC,

Debtor and Debtor in Possession.

Case No. 2:24-bk-20065-DS

Chapter 11

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES**

Hearing
Date: July 3, 2025
Time: 11:00 a.m.
Place: Courtroom 1639
255 East Temple Street
Los Angeles, CA 90012

The court held a hearing at the above time and place on the "Debtor's Motion for Order Extending Time to Assume or Reject Unexpired Nonresidential Real Property Leases" (the "Motion," Docket No. 144) filed by Healthy Spot Operating LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"). Appearances were noted on the record.

Having considered the Motion, the "Supplemental Declaration of Mark Boonnark in Support of Debtor's Motion for Order Extending Time to Assume or Reject Unexpired Nonresidential Real Property Leases" (Docket No. 164), the "Second Supplemental Declaration of Mark Boonnark in Support of Debtor's Motion for Order Extending Time to Assume or Reject Unexpired Nonresidential Real Property Leases" (Docket No. 199, and together with Docket No. 164, the "Boonnark Supplemental Declarations"), the evidence submitted in support of the Motion, the oral argument at the hearing, and the record in this case, for the reasons set forth by the court on the record at the hearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted. Capitalized terms herein have the same meaning as in the Motion, unless indicated otherwise.

2. The deadline for the Debtor to assume or reject the Leases listed hereinbelow is extended to and including October 6, 2025, pursuant to Section 365(d)(4)(B) of the Bankruptcy Code.

| **Landlord** | **Leased Premises** |
|---|---|
| 614 E. Col Properties | Pasadena Store Lease - 614 E Colorado Blvd Pasadena CA 91101 |
| Allen C. Dennis Trustee | Studio City Store Lease - 12205 Ventura Blvd Studio City CA 91604 |
| American Commercial Equities Three | Cost Mesa Store Lease - 1880 Newport Blvd Costa Mesa CA 92627 |
| Melrose Hudson Holding Co. (FKA East of June LLC) | Hancock Park Store Lease - 6063 Melrose Ave Los Angeles CA 90038 |
| KB Properties | Rockridge Store Lease - 3206 College Avenue Berkeley CA 94705 |

| | |
|---|---|
| Koenig Family Properties LLC | Santa Monica Store Lease - 1110 Wilshire Blvd Santa Monica CA 90401 |
| Mamo LBMP Investors I LLC | Long Beach Store Lease - 6433 E Pacific Coast Hwy Unit A-5 Long Beach CA 90803 |
| Michael Quagletti Trust | Warehouse Lease - 1831 W. 208th St. Torrance, CA 90501 |
| MSQ LLC | Marina del Rey Store Lease - 4718 Lincoln Blvd Marina del Rey CA 90292 |
| Radbert and Diana Chin | Carmel Store Lease - 26200 Carmel Rancho Blvd Carmel CA 93923 |
| Runway Owners LLC | Playa Vista Store Lease - 12746 Jefferson Blvd Ste 2130 Los Angeles CA 90094 |
| Silver Ridge Plaza | Silverlake Store Lease - 2550 Glendale Blvd Los Angeles CA 90039 |
| Walnut Square Center LP | North Berkeley Store Lease - 1510 Walnut St Ste A Berkeley CA 94709 |

###

Date: August 21, 2025

Deborah J. Saltzman
United States Bankruptcy Judge