DANIEL H. REISS (SBN 150573)
LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dhr@lnbyg.com

Attorneys for Debtor and Debtor in Possession

FILED & ENTERED

SEP 10 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HEALTHY SPOT OPERATING, LLC,<br><br>Debtor and Debtor in Possession. | Case No. 2:24-bk-20065-DS<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BY AND AMONG THE DEBTOR, MELROSE HUDSON HOLDING COMPANY, LLC, PET PROS, LLC, AND NPM FRANCHISING, LLC REGARDING CLAIM TREATMENT** |

Having considered the "Motion for Order Approving Stipulation Authorizing Assumption And Assignment of Non-Residential Real Property Lease" (the "Motion," Docket No. 211) filed by Healthy Spot Operating, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), to approve the Stipulation by and Among the Debtor, Melrose Hudson Holding Company, LLC, Pet Pros, LLC, and NPM Franchising, LLC Regarding Claim Treatment (the "Stipulation"), annexed as Exhibit A to the Motion, the declaration of Mark Boonnark and Memorandum of Points and Authorities submitted in support of the Motion, and the record in this case, and finding that notice of the Motion was proper, and good cause appearing:

IT IS HEREBY ORDERED that:

1. The Motion is granted in its entirety;

2. The Stipulation is approved, and its terms are incorporated herein as though set forth in full.

###

Date: September 10, 2025

Deborah J. Saltzman
United States Bankruptcy Judge